IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation, | CASE NO. 2:11-cv-416 MHS |
| Plaintiff, | **JURY DEMANDED** |
| vs. | |
| Microsoft Corporation, et al. | |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION REGARDING CONSOLIDATED BRIEFING

Plaintiff SimpleAir, Inc. ("SimpleAir") files this Unopposed Motion Regarding Consolidated Briefing and would respectfully show the Court as follows:

The current deadline for SimpleAir to file its Response to (1) Microsoft's Motion to Transfer, (2) Microsoft's Motion to Sever and (3) Motion to Sever and Transfer Venue by Google Inc., Motorola Mobility is November 16, 2012. SimpleAir has requested permission to file a consolidated response to all three motions with a combined total of forty-five (45) pages, with no more than 15 pages in response to each of the following: Microsoft's Motion to Transfer, Google's Motion to Transfer, and the parties' Motions to Sever. SimpleAir has agreed that this consolidated filing does not in any way compromise Microsoft Corporation ("Microsoft") and Google Inc. ("Google") in their ability to file reply briefs pursuant to the local rules. Microsoft is allowed two reply briefs of five (5) pages each. Google is allowed one reply brief of ten (10) pages.

Dated: November 16, 2012

Respectfully submitted,

By: /s/ *Elizabeth L. DeRieux*
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
Capshaw DeRieux LLP
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

John Jeffrey Eichmann
CA State Bar No. 227472
(admitted to practice before the U.S. District Court for the Eastern District of Texas)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: jeff@dovellaw.com

ATTORNEYS FOR PLAINTIFF,
SIMPLEAIR HOLDINGS, INC.

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I hereby certify that Elizabeth L. DeRieux, counsel for SimpleAir, Inc. conferred with counsel for Defendants, and the relief requested in this motion is unopposed.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 16th day of November, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux