IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICROSOFT CORPORATION, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case 2:11-cv-00416-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW STAY MOTION**

The Court, having considered Defendants' Unopposed Motion to Withdraw Defendants' Motion To Stay Pending *Ex Parte* Reexamination, and being fully advised in the matter, hereby orders that the Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Stay Pending *Ex Parte* Reexamination (ECF No. 246) is WITHDRAWN. Similarly, any request for a hearing regarding the same is DENIED as moot.

**So ORDERED and SIGNED this 21st day of March, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1