# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., | CASE NO. 2:11-cv-416-JRG |
| Plaintiff, | **JURY DEMANDED** |
| vs. | |
| Microsoft Corporation, et al., | |
| Defendants. | |

**Joint Motion to Dismiss without prejudice claims and counterclaims between SimpleAir and HTC**

Plaintiff SimpleAir, Inc. ("SimpleAir") and Defendants HTC America, Inc. and HTC Corporation (the "HTC Defendants") respectfully move the Court to dismiss without prejudice (1) SimpleAir's claims against the HTC Defendants and (2) the HTC Defendants' counterclaims against SimpleAir in the above-captioned case. The parties further move that each party shall bear its own costs, expenses, and attorneys' fees.

Date: June 20, 2013

Respectfully submitted,

By: */s/ Jeff Eichmann*
John Jeffrey Eichmann
CA State Bar No. 227472
(admitted to practice before the U.S. District Court for the Eastern District of Texas)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: jeff@dovellaw.com

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@mailbmc.com
Capshaw DeRieux LLP
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

ATTORNEYS FOR PLAINTIFF
SIMPLEAIR, INC.

2

By: */s/ John P. Schnurer*

John P. Schnurer
Lead Attorney
State Bar No. 24072628
PERKINS COIE LLP
11988 El Camino Real, Ste. 200
San Diego, CA 92130-3334
Tel: 858-720-5700
Fax: 858-720-5799
jschnurer@perkinscoie.com

Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSOWRTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Tel: 903-531-3535
Fax: 903-533-9687
Email: charley@pbatyler.com

Attorneys for Defendants
HTC Corporation
HTC America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 20th day of June 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Jeff Eichmann*
John Jeffrey Eichmann

2