# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Microsoft Corporation, et al.,<br><br>　　　　Defendants. | CASE NO. 2:11-cv-416-JRG<br><br>**JURY DEMANDED** |

**Joint Motion to Dismiss Without Prejudice Claims
Against LG Electronics Mobilecomm U.S.A., Inc.**

Plaintiff SimpleAir, Inc. ("SimpleAir") and Defendant LG Electronics Mobilecomm U.S.A., Inc. ("LGEMU") respectfully move the Court to dismiss without prejudice SimpleAir's claims against LGEMU in the above captioned case. Because LGEMU has a pending motion to dismiss and has thus not answered the Complaint (or the Amended Complaint) or asserted counterclaims, the requested dismissal will terminate this action as to LGEMU. The parties further move that each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Date: June 27, 2013 | Respectfully submitted, |
| | By: */s/ Jeff Eichmann*<br>John Jeffrey Eichmann<br>CA State Bar No. 227472<br>(admitted to practice before the U.S. District Court for the Eastern District of Texas)<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>Telephone: 310-656-7066<br>Facsimile: 310-657-7069<br>Email: jeff@dovellaw.com |
| | S. Calvin Capshaw<br>State Bar No. 03783900<br>Email: ccapshaw@mailbmc.com<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>Email: ederieux@mailbmc.com<br>Capshaw DeRieux LLP<br>114 E. Commerce<br>Gladewater, Texas 75647<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787 |
| | ATTORNEYS FOR PLAINTIFF<br>SIMPLEAIR, INC. |

1

/s/ Steven Lieberman

Steven Lieberman
slieberman@rfem.com
Brian A. Tollefson
btollefson@rfem.com
Joo Mee Kim
jkim@rfem.com
Jenny L. Colgate
jcolgate@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th St., N.W., Ste. 800
Washington, D.C. 20005
(202) 783-6040 (telephone)
(202) 783-6031 (facsimile)

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000 (telephone)
(903) 509-5091 (facsimile)

*Attorneys for Defendant*
*LG Electronics Mobilecomm U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 27th day of June 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Jeff Eichmann
John Jeffrey Eichmann