**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation, | CASE NO. 2:11-cv-416 JRG |
| Plaintiff, | **JURY DEMANDED** |
| vs. | |
| Microsoft Corporation, et al. | |
| Defendants. | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE CLAIMS AND COUNTERCLAIMS BETWEEN SIMPLEAIR AND SAMSUNG

Plaintiff SimpleAir, Inc. ("SimpleAir") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung")  respectfully move the Court to dismiss without prejudice (1) SimpleAir's claims against Samsung and (2) Samsung's counterclaims against SimpleAir in the above-captioned case. The parties further move that each party shall bear its own costs, expenses, and attorneys' fees.

Date: August 19, 2013

Respectfully submitted,

By: */s/ Simon Franzini*
Simon Franzini
CA State Bar No. 287631
(admitted to practice before the U.S.
District Court for the Eastern District
of Texas)
John Jeffrey Eichmann
CA State Bar No. 227472

(admitted to practice before the U.S.
District Court for the Eastern District
of Texas)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: jeff@dovellaw.com

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@mailbmc.com
Capshaw DeRieux LLP
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

**ATTORNEYS FOR PLAINTIFF
SIMPLEAIR, INC.**

GILLAM & SMITH, LLP
*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

**ATTORNEYS FOR SAMSUNG
ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS
AMERICA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 19th day of August 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Simon Franzini*
Simon Franzini