IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC. <br><br> Plaintiff <br><br> v. <br><br> MICROSOFT CORPORATION, ET AL. <br><br> Defendants. | ) <br> ) <br> ) <br> )  Civil Action No. 2:11-CV-416-MHS <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' NOTICE OF COMPLIANCE REGARDING LETTER BRIEF SEEKING PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '914 PATENT BASED ON FAILURE TO MEET THE WRITTEN DESCRIPTION REQUIREMENT REGARDING THE "DATA CHANNEL" LIMITATION**

In compliance with the Court's Standing Order regarding Letter Briefs, Defendants file this Notice of their Letter Brief to the Court seeking permission to file a motion for summary judgment of invalidity **based on failure to meet the written description requirement regarding the "Data Channel" Limitation.**  A copy of the letter is attached as Exhibit 1.

DATED:  August 19, 2013

Respectfully submitted,

*/s/ Patrick A. Lujin*
Patrick A. Lujin (lujin@shb.com)
B. Trent Webb (bwebb@shb.com)
Jesse J. Camacho (jcamacho@shb.com)
Christine A. Guastello (cguastello@shb.com)
Mary Jane Peal (mpeal@shb.com)
Andrew C. Cooper (accooper@shb.com
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547

William B. Dawson

*/s/ E. Danielle T. Williams*
E. Danielle T. Williams (NC Bar No. 23283)
KILPATRICK TOWNSEND & STOCKTON
1001 W. Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
dtwilliams@kilpatricktownsend.com

Mitchell G. Stockwell (GA Bar No. 682912)
Russell A. Korn (GA Bar No. 428492)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Tracey B. Davies
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
wdawson@gibsondunn.com
tdavies@gibsondunn.com

Alison R. Watkins
(CA Bar No. 253023) GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5249
Facsimile: (650) 849-5049
awatkins@gibsondunn.com

/s/ Melissa R. Smith
Melissa Richards Smith
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gillamsmithlaw.com

*Attorneys for Defendant Microsoft Corporation*

*/s/ Hilda Galvan*
Hilda Contreras Galvan
Keith Bryan Davis
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201
Telephone: (214) 969-4556
Facsimile: (214) 969-5100
hcgalvan@jonesday.com
kbdavis@jonesday.com

*Attorneys for Defendant Ericsson, Inc.*

mstockwell@kilpatricktownsend.com
rkorn@kipatricktownsend.com

Jessica L. Hannah (CA Bar No. 261802)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jhannah@kilpatricktownsend.com

Jennifer Parker Ainsworth
Wilson, Robertson & Cornelius, P.C.
Texas State Bar No. 00784720
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Tel. (903) 509-5000
Fax (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

*Attorneys for Google Inc. and Motorola Mobility LLC*

/s/ *John H. McDowell*
Benjamin Jack Setnick
John H. McDowell, Jr.
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, TX 75201
Telephone: (214) 659-4737
Facsimile: (214) 915-1434
bensetnick@andrewskurth.com
johnmcdowell@andrewskurth.com

*Attorneys for Defendants*
*Sony Mobile Communications AB and*
*Sony Mobile Communications (USA) Inc.*

2

5288892

/s/ *Scott F. Partridge*
Scott F. Partridge  Bradley Bowling
BAKER BOTTS LLP
910 Louisiana
Houston, TX  77002
Telephone  (713) 229-1802
Facsimile:  (713) 229-7769
Scott.partridge@bakerbotts.com
Brad.bowling@bakerbotts.com

*Attorneys for Defendant Futurewei Technologies, Inc. and  Huawei Technologies Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2013, a copy of the foregoing was served via email on counsel of record.

*/s/ Melissa Richards Smith*

5288892