IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Microsoft Corporation, et al.<br><br>Defendants. | CASE NO. 2:11-cv-416 JRG<br><br>**JURY DEMANDED** |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE CLAIMS AND
COUNTERCLAIMS BETWEEN SIMPLEAIR AND SONY**

Plaintiff SimpleAir, Inc. ("SimpleAir") and Defendant Sony Mobile Communications (USA) (formerly known as Sony Ericsson Mobile Communications) ("Sony") respectfully move the Court to dismiss without prejudice (1) SimpleAir's claims against Sony and (2) Sony's counterclaims against SimpleAir in the above-captioned case.[1]  The parties further move that each party shall bear its own costs, expenses, and attorneys' fees.

Date: August 19, 2013

Respectfully submitted,

By: */s/ Simon Franzini*
Simon Franzini
CA State Bar No. 287631
(admitted to practice before the U.S. District Court for the Eastern District of Texas)
John Jeffrey Eichmann
CA State Bar No. 227472
(admitted to practice before the U.S. District Court for the Eastern District of Texas)

---

[1] This motion does not involve the claims and counterclaims between SimpleAir and Defendant Ericsson, Inc..

DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: jeff@dovellaw.com

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@mailbmc.com
Capshaw DeRieux LLP
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

**ATTORNEYS FOR PLAINTIFF SIMPLEAIR, INC.**

*/s/ John H. McDowell, Jr.* (signed with permission)
John H. McDowell, Jr.
*Lead Attorney*
Texas State Bar No. 13570825
Email: johnmcdowell@andrewskurth.com
Benjamin J. Setnick
Texas State Bar No. 24058820
Email: bensetnick@andrewskurth.com
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: 214-659-4400
Facsimile: 214-915-1434
**ATTORNEYS FOR DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 19th day of August 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              */s/ Simon Franzini*
                                              Simon Franzini