**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Microsoft Corporation, et al.<br><br>Defendants. | CASE NO. 2:11-cv-416 JRG<br><br>**JURY DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO SAMSUNG

The Court, having read and considered the joint motion to dismiss without prejudice all claims and counterclaims between Plaintiff SimpleAir and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), and good cause appearing, hereby GRANTS the motion and ORDERS as follows:

All claims and counterclaims in this action between Plaintiff Simple Air and Defendants Samsung are hereby dismissed without prejudice. It is further ORDERED that each of these parties shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 20th day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE