# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation, | CASE NO. 2:11-cv-416 JRG |
| Plaintiff, | **JURY DEMANDED** |
| vs. | |
| Microsoft Corporation, et al. | |
| Defendants. | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO SONY

The Court, having read and considered the joint motion to dismiss without prejudice all claims and counterclaims between Plaintiff SimpleAir and Defendant Sony Mobile Communications (USA), and good cause appearing, hereby GRANTS the motion and ORDERS as follows:

All claims and counterclaims in this action between Plaintiff Simple Air and Defendant Sony are hereby dismissed without prejudice.  It is further ORDERED that each of these parties shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 20th day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE