IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SIMPLEAIR, INC., <br>     Plaintiff, <br> v. <br><br> ERICSSON INC., et al. <br>     Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 2:11-CV-416 <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE CLAIMS AND COUNTERCLAIMS BETWEEN SIMPLEAIR AND ERICSSON

Plaintiff SimpleAir, Inc. ("SimpleAir") and Defendant Ericsson, Inc. ("Ericsson") respectfully move the Court to dismiss without prejudice (1) SimpleAir's claims against Ericsson and (2) Ericsson's counterclaims against SimpleAir in the above-captioned case. The parties further move that each party shall bear its own costs, expenses, and attorneys' fees.

Date: September 12, 2013

Respectfully submitted,

/s/ *John Jeffrey Eichmann*
Simon Franzini
CA State Bar No. 287631
(admitted to practice- Eastern District of TX)
John Jeffrey Eichmann
CA State Bar No. 227472
(admitted to practice- Eastern District of TX)

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux LLP
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800

**ATTORNEYS FOR PLAINTIFF
SIMPLEAIR, INC.**

Respectfully Submitted,

/s/ *Hilda C. Galvan*
Hilda C. Galvan
Texas State Bar No. 00787512
Email: hcgalvan@jonesday.com
Keith B. Davis
Texas State Bar No. 24037895
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

**ATTORNEYS FOR DEFENDANT
ERICSSON INC.**

1

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on September 12, 2013. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF System.

/s/ Hilda C. Galvan