**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SIMPLEAIR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-416 |
| | § | |
| ERICSSON INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Joint Motion to Dismiss Without Prejudice Claims And Counterclaims Between SimpleAir And Ericsson. The Court having reviewed the motion hereby GRANTS the motion and ORDERS as follows:

All claims and counterclaims in this action between Plaintiff SimpleAir, Inc. and Defendant Ericsson, Inc. are hereby dismissed without prejudice. It is further ORDERED that each of these parties shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 16th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE