**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SIMPLEAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, ET AL <br><br> Defendants. | Civil Action No. 2:11-cv-416-JRG |
| SIMPLEAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 2:13-cv-583-JRG |

**Joint Motion to Dismiss Microsoft**

Plaintiff SimpleAir, Inc. ("SimpleAir") and Defendant Microsoft Corporation ("Microsoft") have finalized documentation of their settlement, entering a confidential Settlement and License Agreement dated November 25, 2013. The parties have agreed that:

1. all of SimpleAir's claims in connection with this suit against Microsoft be dismissed with prejudice;

2. any of Microsoft's defenses or counterclaims against SimpleAir in this suit be dismissed without prejudice; and

3. SimpleAir and Microsoft shall each bear its own attorney's fees and costs incurred in connection with this action.

Therefore, the parties respectfully move this Court to dismiss Microsoft. A proposed Order is attached.

Dated: November 26, 2013       Respectfully submitted,

By: /s/ *Simon Franzini*
John Jeffrey Eichmann (jeff@dovellaw.com)
Simon Carlo Franzini (simon@dovellaw.com)
Gregory Scott Dovel (greg@dovellaw.com)
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: jeff@dovellaw.com

S. Calvin Capshaw (ccapshaw@capshawlaw.com)
Elizabeth L. DeRieux (ederieux@capshawlaw.com)
Daymon Jeffrey Rambin
(jrambin@capshawlaw.com)
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 233-4830
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

ATTORNEYS FOR PLAINTIFF,
SIMPLEAIR, INC.

By: */s/ Patrick A. Lujin*
Patrick A. Lujin (plujin@shb.com)
B. Trent Webb (bwebb@shb.com)
Andrew Cooper (acooper@shb.com)
Mary Jane Peal (mpeal@shb.com)
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547

        Melissa Richards Smith  
        (melissa@gillamsmithlaw.com)  
        Gillam & Smith, LLP  
        303 South Washington Avenue  
        Marshall, TX 75670  
        Telephone: (903) 934-8450  
        Fax: (903) 934-9257  

        ATTORNEYS FOR DEFENDANT  
        MICROSOFT CORPORATION

## Certificate of Service

I hereby certify that on November 26, 2013, a copy of the foregoing was electronically filed via CM/ECF, which will send a Notice of Electronic Filing to and constitute proof of service on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)

        /s/ *Simon Franzini*  
        Simon Franzini