IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, ET AL., <br><br> Defendants. | Civil Action No. 2:11-cv-416-JRG |
| SIMPLEAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 2:13-cv-583-JRG |

**Order of Dismissal of Microsoft**

Having considered the Joint Motion to Dismiss Microsoft, the Court hereby ORDERS as follows:

1. all of SimpleAir's claims in connection with this suit against Defendant Microsoft are dismissed with prejudice;

2. any of Microsoft's defenses or counterclaims against SimpleAir in this suit are dismissed without prejudice; and

3. SimpleAir and Microsoft shall each bear its own attorney's fees and costs incurred in connection with this action.

**So ORDERED and SIGNED this 27th day of November, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE