1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
2                               MARSHALL DIVISION

3    SIMPLEAIR, INC.                    *    Civil Docket No.
                                        *    2:11-CV-416
4    VS.                                *    Marshall, Texas
                                        *
5                                       *    January 14, 2014
                                        *
6    MICROSOFT CORPROATION, ET AL  *    1:00 P.M.

7                         TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP
8                     UNITED STATES DISTRICT JUDGE

9    APPEARANCES:

10   FOR THE PLAINTIFFS:    MR. GREGORY DOVEL
                            MR. JEFFREY EICHMANN
11                          Dovel & Luner
                            201 Santa Monica Blvd.
12                          Suite 600
                            Santa Monica, CA    90401
13
                            MR. CALVIN CAPSHAW
14                          Capshaw DeRieux
                            114 East Commerce Avenue
15                          Gladewater, TX    75647

16   FOR THE DEFENDANTS:    MR. MITCHELL STOCKWELL
                            MR. RUSSELL KORN
17                          Kilpatrick Townsend & Stockton
                            1100 Peachtree Street, Suite 2800
18                          Atlanta, GA    30309

19
     APPEARANCES CONTINUED ON NEXT PAGE:
20

21
     COURT REPORTERS:       MS. SHELLY HOLMES, CSR
22                          MS. SUSAN SIMMONS, CSR
                            Official Court Reporters
23                          100 East Houston, Suite 125
                            Marshall, TX    75670
24                          903/935-3868

25   (Proceedings recorded by mechanical stenography,
     transcript produced on CAT system.)

APPEARANCES CONTINUED:

FOR THE DEFENDANTS:     MS. DANIELLE WILLIAMS
                        Kilpatrick Townsend & Stockton
                        1001 West Fourth Street
                        Winston-Salem, NC   27101

                        MS. JENNIFER PARKER AINSWORTH
                        Wilson Robertson & Cornelius
                        909 ESE Loop 323, Suite 400
                        Tyler, TX   75701


            * * * * * * * * * * * * * * * * * * * * * * * * * *


                    P R O C E E D I N G S

            (Jury out.)

            COURT SECURITY OFFICER:  All rise.

            THE COURT:  Be seated, please.

            All right.  Before we bring in the jury,

counsel were going to meet and confer over the lunch

hour on a matter.

            Is there anything to report to the Court?

            MR. EICHMANN:  Yes, Your Honor.  May I

approach?

            THE COURT:  You may.

            MR. EICHMANN:  We've reached an

agreement.  We've confirmed that we're not calling

Mr. von Kaenel in our case-in-chief.  The only time we

might call him would be in rebuttal, if they present

1  their challenge to their priority date, which they don't

2  think they're going to do.

3            With those stipulations, as well as our

4  agreement that they can go outside the scope in

5  cross-examining Mr. Payne, we have agreement from Google

6  that Mr. von Kaenel can stay in the courtroom, and he's

7  now seated in the gallery right there.

8            THE COURT:  Is that the Defendants'

9  agreement?

10            MR. STOCKWELL:  That's correct, Your

11  Honor.

12            THE COURT:  All right.  Then Mr. von

13  Kaenel is released from the Rule by agreement.

14            Anything else before I bring the jury

15  back in?

16            MR. EICHMANN:  No, Your Honor.

17            THE COURT:  And we're ready to proceed

18  with deposition clips; is that right, Mr. Dovel?

19            MR. DOVEL:  That's right, Your Honor.

20            THE COURT:  Okay.  Bring the jury in,

21  please, Mr. Floyd.

22            COURT SECURITY OFFICER:  Yes, sir.

23  All rise for the jury.

24            (Jury in.)

25            THE COURT:  Welcome back from lunch,

1  ladies and gentlemen.  Please be seated.

2              All right.  Is the Plaintiff prepared to

3  call their next witness?

4              MR. DOVEL:  Yes, we are, Your Honor.  We

5  call Francesco Nerieri through videotape.

6              THE COURT:  All right.  You may proceed.

7              (Video clip playing.)

8              QUESTION:  Sir, can you state your name?

9              ANSWER:  My name is Francesco Nerieri.

10             QUESTION:  Who do you work for?

11             ANSWER:  Google.com.

12             QUESTION:  What work falls within your

13  responsibilities?

14             ANSWER:  I manage a team that works on

15  services for Android.

16             QUESTION:  In 2010, Google introduced the

17  Cloud to Device Messaging service for third-party

18  application developers, right?

19             ANSWER:  Correct.

20             QUESTION:  And in 2012, that service was

21  deprecated and replaced with the Google Cloud Messaging

22  service, right?

23             ANSWER:  Correct.

24             QUESTION:  And that service is still in

25  operation today, right?

1                    ANSWER:  Correct.

2                    QUESTION:  Are there different servers

3    that are used for the GCM as compared to the C2DM?

4                    ANSWER:  The servers that we use for GCM

5    and C2DM are the same.

6                    QUESTION:  When Google introduced the

7    C2DM service to third-party application developers in

8    2010, the service made use of a backend server, right?

9                    ANSWER:  Okay.

10                   QUESTION:  Correct?

11                   ANSWER:  Yes.

12                   QUESTION:  That same server or set of

13   servers is used for not just the C2DM but also the

14   Google Cloud Messaging service?

15                   ANSWER:  I believe so.

16                   QUESTION:  And do those backend servers

17   process the information, the data that's been received,

18   in the same way for both the C2DM and the GCM?

19                   ANSWER:  I believe so.  There's been some

20   refactoring, but to my knowledge, yes.

21                   QUESTION:  Before Google opened up the

22   Cloud to Device Messaging service to third-party

23   application developers --

24                   ANSWER:  Uh-huh.

25                   QUESTION:  -- third-party application

1  developers were still able to send messages to

2  applications on the Android phone, right?

3                    ANSWER:  Correct.

4                    QUESTION:  One way they could do that is

5  if the application would maintain a persistent

6  connection between the device and the application

7  server, right?

8                    ANSWER:  Correct.

9                    QUESTION:  And the other way was if the

10 application would not maintain a persistent connection

11 but would open a connection up to the application

12 server, access or download the information it needed,

13 and then close out the connection, right?

14                   ANSWER:  That's another way.

15                   QUESTION:  Whenever an Android phone

16 makes a connection to a server, such as a third-party

17 application server, that requires the use of the CPU and

18 the radio on the phone, right?

19                   ANSWER:  Correct.

20                   QUESTION:  Those two things draw on the

21 battery, right?

22                   ANSWER:  Again, you're correct.

23                   QUESTION:  If an Android phone has five

24 applications installed and wants to receive notification

25 messages for each of those applications, it can receive

1  the messages through the GCM and the connection between

2  the mobile connection server and the phone, right?

3            ANSWER:  Correct.

4            QUESTION:  Messages for each of those

5  five different applications, right?

6            ANSWER:  Correct.

7            QUESTION:  The phone doesn't have to

8  maintain five separate connections to each of the five

9  different application provider servers, right?

10            ANSWER:  Correct.

11            QUESTION:  If a third-party application

12  provider wants to send a message through the Google

13  Cloud Messaging service, not just send a request, but

14  actually send a request, have a message be processed and

15  delivered to the Android phone, that application

16  provider must have an API key, right?

17            ANSWER:  So for a third-party application

18  to have the message delivered to the phone, they must

19  have a valid API key.

20            QUESTION:  Only Google can provide a user

21  or a third-party application developer with a valid API

22  key, right?

23            ANSWER:  API keys are generated by Google

24  upon developer or user clicking on generate an API key.

25            QUESTION:  They can't just make one up

1  themselves, right?

2                ANSWER:  A user cannot generate an API --

3  a valid Google API key themselves.

4                QUESTION:  Only Google can generate that,

5  right?

6                ANSWER:  Google servers generate Google

7  API keys.

8                QUESTION:  If a third-party application

9  developer wanted to successfully use the C2DM service to

10 send a message to an Android phone, they would have to

11 have a valid client log-in token?

12                ANSWER:  To successfully deliver a C2DM

13 message, you need to authenticate your request with a

14 valid client log-in token.

15                QUESTION:  It's the Google servers that

16 generate the client log-in token, right?

17                ANSWER:  So to generate a Google client

18 log-in token from Google log-in credentials, yes, it is

19 generated from the Google servers.

20                QUESTION:  What is the registration ID

21 that you're referring to?

22                ANSWER:  It's another token that the

23 third-party service needs to provide us.

24                QUESTION:  How do they get that token?

25                ANSWER:  To get a registration ID, an

1 application on an Android device needs to request one.

2                     QUESTION:  How does that happen?

3                     ANSWER:  The application code on Android

4 needs to perform the call register to the GCM framework

5 on an Android device.

6                     QUESTION:  For the C2DM, did the

7 application developer also need to have a registration

8 ID and include that in their request to the frontend

9 server?

10                     ANSWER:  For C2DM, the third-party server

11 also needs a -- a registration ID, yes.

12                     QUESTION:  What is contained within the

13 registration ID?

14                     ANSWER:  So as we were discussing before,

15 there's the sender ID, so we can match the API key.

16 There is an identifier of the device called Android ID.

17 There's an identifier of the application, which is the

18 Java package name of the application on an Android

19 device.  There is a certificate, which refers to a

20 signature of the application.  There is also a

21 timestamp.

22                     QUESTION:  When a third-party application

23 developer makes a connection to the frontend server, the

24 frontend server will check to see if that application

25 developer has a valid client log-in token in the case of

1  the C2DM or a valid API key in the case of the GCM; is

2  that right?

3              ANSWER:  So for C2DM, when -- when the

4  data messaging frontend server receives a request to

5  deliver a message, it would check if there is a -- a

6  client log-in token, and that client log-in token is

7  valid.

8              For GCM, when a third-party server wants

9  to deliver a message to an Android device successfully

10  via the data messaging frontend server, then we would

11  check -- data messaging frontend server would check from

12  the header if the API key is valid.

13              QUESTION:  After the Google frontend

14  server checks to see if the application developer has a

15  valid API key in the case of the GCM or a valid client

16  log-in token in the case of the C2DM, what's the next

17  thing that occurs at the frontend server?

18              ANSWER:  Well, to check whether the API

19  key -- stick to GCM now -- is valid, the third-party

20  developers also needs to provide a registration ID.  And

21  so to check the validity, we have to check it against

22  the registration ID.

23              QUESTION:  When the data message server,

24  the frontend server, receives a request from a

25  third-party application developer, it will check to see

1  whether the developer has a valid API key and a valid

2  registration ID?

3            ANSWER:  When we receive the request,

4  when the data messaging server -- frontend server

5  receives the request, it will check whether the API key

6  matches that information in the registration ID so that

7  the sender who he is says he is.

8            QUESTION:  After it's determined that the

9  registration ID is valid, at that point, does the

10  frontend server send the request to the data messaging

11  service backend server?

12            ANSWER:  So if you are talking about GCM

13  only?

14            QUESTION:  Yes.

15            ANSWER:  After the registration ID check

16  has been validated, if it's still in the frontend, then

17  the request is sent to the backend.

18            QUESTION:  And what happens once that

19  reaches the GCM backend?

20            ANSWER:  Well, then the backend accepts

21  the message and the registration ID.

22            QUESTION:  And what does the backend do

23  at that point?

24            ANSWER:  So once the backend receives the

25  message, the request, as I -- as I was telling you

1  before, it might happen that now it does the check on

2  the registration ID, whether it is valid.

3              But let's say that that's past, and so it

4  sends the message to the Buzz router, as you can see

5  from the other arrow, to Buzz.

6              QUESTION:  When a Google application or

7  service sends data using an RPC call to the GCM backend,

8  what happens at the GCM backend when that data arrives?

9       A.   So the first-party server involves an RPC call

10 with the message payload and the registration ID, and

11 the GCM backend then verifies the registration ID and --

12 and invokes an RPC call to the Buzz system with the

13 registration ID and then -- and the message payload, as

14 discussed before, for the first-party server -- for the

15 third-party servers.  Sorry.

16             QUESTION:  Does the GCM backend also

17 invoke an RPC call to transmit the payload and

18 registration ID to the Buzz router?

19             ANSWER:  The GCM backend invokes an RPC

20 call with the payload and the registration ID to the

21 Buzz router.  Yes.

22             QUESTION:  And when that information is

23 received at the Buzz router, what occurs?

24             ANSWER:  When the Buzz router receives

25 the registration ID and the payload, then it matches the

1 Android ID contained in the registration ID with an MCS

2 end point.  So it invokes an RPC call to the MCS end

3 point with the payload.

4          QUESTION:  Okay.  How is it that the Buzz

5 router can send just the payload to the MCS and the MCS

6 then knows which device it's going to send the message

7 to?

8          ANSWER:  So the Buzz router sends the

9 payload to an MCS end point.

10          QUESTION:  Are you saying that when the

11 Buzz router makes the transmission to the MCS it's

12 sending it to a particular MCS end point that is

13 dedicated solely to one connection to one Android phone?

14          ANSWER:  Correct.

15          QUESTION:  And how does the Buzz router

16 address that transmission to that particular end point?

17          ANSWER:  So if you recall, the GCM

18 backend sends the payload and the reg. ID, the reg. ID

19 contains the Android ID.  The Android ID is the key to

20 find the end point.

21          QUESTION:  In what way is it the key to

22 find the end point?

23          ANSWER:  Well, the Buzz router knows the

24 Android ID, end point.

25          QUESTION:  What is the mobile connection

1 server and how does it relate to the Google Cloud

2 Messaging for Android service?

3                    ANSWER:  The Mobile Connection Server is

4 the service that an Android device connects to to keep

5 the persistent connection open.

6                    QUESTION:  The Android phone will send a

7 heartbeat to the Mobile Connection Server to keep open

8 the connection between itself and the Mobile Connection

9 Server; is that right?

10                    ANSWER:  Yes.

11                    QUESTION:  How frequently does the

12 Android phone send a heartbeat signal to the Mobile

13 Connection Server?

14                    ANSWER:  It does sometimes every 30

15 minutes.

16                    QUESTION:  When a message is sent from

17 the Google Cloud Messaging service to an Android phone,

18 will that message always be sent through the connection

19 maintained between the device and the Mobile Connection

20 Server?

21                    ANSWER:  Correct.

22                    QUESTION:  When a message from the Google

23 Cloud Messaging service or C2DM service is sent to an

24 Android smartphone or tablet, that transmission is

25 actually made by the Mobile Connection Server that the

1  phone or tablet is connected to, right?

2              ANSWER:  So Mobile Connection Server,

3  once it receives a message, whatever the nature -- in

4  this case, from GCM or C2DM, will send it down to the

5  device via the TCP connection.

6              QUESTION:  What are the differences on

7  how the GCM backend Buzz router and Mobile Connection

8  Server operate when this call flow shown on GCM

9  architecture internal projects is used, rather than the

10 one on the prior place for external projects?

11             ANSWER:  There is no change.  There are

12 no changes.

13             QUESTION:  It's the same process that we

14 went through?

15             ANSWER:  The first-party process after

16 the backend is the same exact process as the third-party

17 service.

18             QUESTION:  And the first thing on the

19 device that receives the data is simply the antenna,

20 right?

21             ANSWER:  The serialized bits, as you

22 define this data, the -- the serialized device, yes, it

23 must go through the radio, I believe.

24             QUESTION:  The CPU component is the

25 central processing unit within the Android devices,

1    right?

2                    ANSWER:  The CPU is a central processor

3    unit.

4                    QUESTION:  All the Android -- all the

5    Android phones and tablets have central processing

6    units, right?

7                    ANSWER:  I suspect that every device that

8    runs Android has a CPU.

9                    QUESTION:  And the Android operating

10   system is executed by the CPU, right?

11                   ANSWER:  Operations and -- and bit

12   translations are -- are operated by CPU, which is the

13   role of CPU.

14                   QUESTION:  GMS contains the GSF, Google

15   Services Framework, and within Google Services

16   Framework, is the Google Cloud Messaging client

17   component?

18                   ANSWER:  Yes, so the GCM APK, if it's an

19   APK, contains the GSF APK, which contains the code for

20   the GCM client.

21                   QUESTION:  When the data arrives at the

22   GCM client on the Android phone or tablet, what occurs

23   at that point?

24                   ANSWER:  So when the GCM client receives

25   a message, he transforms it into an intent, which is a

1 Java object for Android, and the intent is broadcasted

2 to the application.

3           QUESTION:  When an application is running

4 in the foreground, that means the application is not

5 only running, but is opened and displayed to the user on

6 the interface, right?

7           ANSWER:  When an application on Android

8 runs in the foreground, it means that -- in an -- on an

9 Android runs in the foreground.  It means the user

10 interface is visible on display to the user and the

11 application is running.

12           QUESTION:  And what does it mean for an

13 application on the Android smartphone or tablet to be

14 running in the background?

15           ANSWER:  You know, on an Android

16 smartphone, if an application runs in the background, it

17 means that some memory is allocated to the application,

18 but there is no user interface visible to the user.  I

19 guess that's it.

20           QUESTION:  Generally, there are three

21 different states an application on an Android smartphone

22 can be in, running in the foreground, running in the

23 background, or not running at all; is that correct?

24           ANSWER:  I -- I think so.

25           QUESTION:  In each one of those states,

1  will the GCM client on the Android deliver the message

2  received from the Google Cloud Messaging Service to the

3  target application?

4          ANSWER:  So if on an Android device, the

5  GCM client code receives a message and intends to

6  deliver it to the application, if the application is in

7  foreground, it receive it.  If it's in the background,

8  it receives it.  And if it's stopped, then the operating

9  system will start the service which contains the

10  broadcast receiver for GCM to receive the message.

11          QUESTION:  In order to receive

12  notification messages from the Cloud to Device Messaging

13  service, the application on the Android phone does not

14  need to maintain a persistent connection to the

15  application developer servers, right?

16          ANSWER:  If an application server sends a

17  message through C2DM, then the application on the device

18  for that particular message does not need to have a

19  connection on their own server.

20          QUESTION:  If the application does

21  maintain a persistent connection to the application

22  server, they can still receive messages from the

23  application server that have been delivered by either

24  the C2DM or GCM, right?

25          ANSWER:  So you're saying that if an

1  application has a persistent connection to their own

2  server and their server sends a message via GCM, the

3  application can still receive that particular message

4  via GCM?

5                    QUESTION:  Right?

6                    ANSWER:  That's correct.

7                    QUESTION:  And the same was true with

8  C2DM, right?

9                    ANSWER:  Yes, the same is true with C2DM.

10                    QUESTION:  It doesn't matter whether that

11  Android device is or is not connected to the third-party

12  application server.  As long as they are able to receive

13  messages from the GCM or the C2DM, they can still

14  receive messages from that application server through

15  the service, right?

16                    ANSWER:  All right.  So a third-party

17  application can send a message to an application on an

18  Android device using the GCM or C2DM service, yes.  I --

19  I mean, that's all we have been discussing, in that way.

20                    QUESTION:  The Android phone maintains a

21  persistent connection to the mobile connection server at

22  Google, right?

23                    ANSWER:  Correct.

24                    QUESTION:  That's just one connection,

25  right?

1             ANSWER:  Correct.

2             QUESTION:  That single connection is used

3    to send messages from the GCM to the Android phone,

4    right?

5             ANSWER:  That connection is a transfer

6    layer for also -- for messages that come from GCM.

7             QUESTION:  Regardless of which

8    application provider originated the message, right?

9             ANSWER:  So if a third-party application

10   sends a message to GCM, then eventually for that device,

11   that connection to MCS will be used to receive that

12   message.

13            QUESTION:  It uses less CPU resources,

14   less radio resources, and less battery to establish and

15   keep open one connection between the Android phone and

16   the Google servers than multiple connections between the

17   Android phone and various application servers, right?

18            ANSWER:  So we were comparing an

19   application on Android device opening their own

20   connection, and a connection open to GCM.  Those

21   connections, draw the same battery.  If you're comparing

22   multiple connections versus one, multiple draws more

23   battery than one.

24            QUESTION:  On the first page of

25   Exhibit 36, in the chart titled GCM Daily Messages, we

1  see that for the most recent period, there are roughly

2  14 billion log entries per day, right?

3                    ANSWER:  Correct.

4                    QUESTION:  And that corresponds to

5  somewhere between 7 billion and 14 billion messages that

6  were sent on a particular day, right?

7                    ANSWER:  By -- 7 billion, a lower limit,

8  and 14 being an upper limit, but, yes.

9                    QUESTION:  Is this data inclusive of C2DM

10 requests and GCM requests?

11                    ANSWER:  Yes, this data includes every

12 single message request.

13                    QUESTION:  Is this divided by geo

14 location of the frontend servers?

15                    ANSWER:  No.

16                    QUESTION:  This is worldwide?

17                    ANSWER:  This is worldwide.

18                    QUESTION:  I'm going to mark as

19 Exhibit 39 a copy of Google's responses to SimpleAir's

20 second individual interrogatories served July 29th,

21 2013.

22                    On Page 3 of Exhibit 39, there's an

23 individual Interrogatory No. 4 to Google.  Tell me when

24 you're there, sir.

25                    ANSWER:  I'm there.

1          QUESTION:  This interrogatory, to

2   paraphrase it, it asks Google to identify its

3   non-infringing alternatives to the SimpleAir '914

4   patent.  And by that I mean different ways that Google

5   could design the -- the Cloud to Device Messaging

6   service or the Google Cloud Messaging service so that it

7   wouldn't infringe the '914 patent.  Are you familiar

8   with the response that Google has provided to this

9   individual Interrogatory No. 4?

10          ANSWER:  I am.

11          QUESTION:  On Page 5, continuing on Page

12  6, Google identifies various examples of ways that it

13  could design or change the C2DM or GCM service to avoid

14  claims of infringement by SimpleAir.  Do you see that,

15  sir?

16          ANSWER:  Yes, I do.

17          QUESTION:  Has Google ever considered any

18  of the alternatives listed on Page 5 and 6 here?

19          ANSWER:  We did not consider alternatives

20  to the system we designed, not including these ones.

21          QUESTION:  Including these ones, you

22  mean?

23          ANSWER:  Yeah, including these ones.

24          QUESTION:  Has Google ever considered

25  locating the servers for the Google Cloud Messaging

1  service exclusively outside of the United States so that

2  it could avoid infringing SimpleAir's patents?

3          ANSWER:  So we considered and we did move

4  some servers, not exclusively all, to some other

5  countries, and we did, but that's because where the

6  capacity is.  That's the only reason.

7          QUESTION:  Has Google ever purposely

8  designed a service so that foreign servers will be used

9  to deliver data or messages to U.S. devices as a matter

10  of course, not just as a backup if a closer one goes

11  down?

12          ANSWER:  Could be.  I -- I don't know

13  about that.

14          QUESTION:  Can you identify any time in

15  which that's ever happened?

16          ANSWER:  I -- I just said could be.  I

17  don't know about it.

18          QUESTION:  That wasn't done in response

19  to this lawsuit, right?

20          ANSWER:  I wasn't aware of this lawsuit,

21  so -- none of us were, so we did nothing in response to

22  this lawsuit.

23          (Videoclip ends.)

24          MR. DOVEL:  Your Honor, our next

25  witness, via videotape deposition, will be Felipa Leme.

1  It should be about nine minutes.

2                    THE COURT:  All right.  Proceed.

3                    (Videoclip played.)

4                    QUESTION:  Would you please state your

5  name for the record?

6                    ANSWER:  My name is Felipe De Almeida

7  Leme.

8                    QUESTION:  What is your job?

9                    ANSWER:  I'm a software engineer.

10                   QUESTION:  Who do you work for?

11                   ANSWER:  Google.

12                   QUESTION:  I have in front of me a

13  presentation.  It's Bates labeled GOOG_SS_69957 through

14  69973.  It will be Exhibit 54.  Are you familiar with

15  Exhibit 54?

16                   ANSWER:  Yes.

17                   QUESTION:  What is Exhibit 54?

18                   ANSWER:  That's -- these are the slides

19  for a presentation that I did at Google.

20                   QUESTION:  Who did you make this

21  presentation to?

22                   ANSWER:  It's -- there's a conference

23  internally called Mobile Week 2000 -- I think it was --

24  I'm not sure if it was 2013 or 2012, but I made this

25  presentation during this conference.

1            QUESTION:  Okay.  The second major step

2  here says registration.  What is registration?

3            ANSWER:  Registration, that's the process

4  I mentioned early on when I said actually was the first

5  step, but that's when the application running on a

6  particular device has to register itself with GCM so the

7  GCM assigns a registration ID which in turn can be used

8  to identify the -- that particular application running

9  on that particular device.

10            QUESTION:  What does MCS stand for?

11            ANSWER:  That's the Mobile Connection

12  Server I mentioned earlier when you asked me what

13  services I worked on.

14            QUESTION:  So the device has a connection

15  to the Google Mobile Connection Server so that -- and

16  that's how Google knows whether or not the device is

17  connected or not; is that right?

18            ANSWER:  That's right, yeah.

19            QUESTION:  And then based on the

20  registration ID that's received from the third party,

21  Google knows which device to look for in terms of

22  whether or not it's connected or not; is that right?

23            ANSWER:  The -- the registration ID, they

24  can -- we can -- I don't recall the exact details, but

25  basically there is a storage that says this registration

1  ID contains this -- it's a -- was assigned to this

2  Android ID, which is the identifier of the device.  Then

3  they can say -- they can -- there is another table from

4  MCS where they say, okay, this device with Android ID is

5  connect to this particular IP address, so they do this

6  mapping.

7            QUESTION:  So the fact that the GCM uses

8  the MCS connection for all of these different

9  third-party applications, that optimizes battery life;

10  is that correct?

11            ANSWER:  Yes, I believe so.

12            QUESTION:  Why would using the same MCS

13  connection rather than many different connections

14  improve battery life?

15            ANSWER:  Because any connection, it's --

16  it's expensive resource.  You need to keep socket open,

17  file system, so there -- there's -- there's many work

18  behind the scenes that operation system has to do, so

19  the less connections open you have, the less processing

20  power is -- processing is done by the CPU and system and

21  then that -- that means less battery utilization.

22            QUESTION:  What does the GCM backend do?

23            ANSWER:  The GCM backend, it will decide

24  if this -- they send a message right away, if the device

25  is connected or stored for later delivery.

1      QUESTION:  If the device is not connected

2  and the GCM backend decides not to send a message right

3  away, then what happens?

4      ANSWER:  Then it stores the message on

5  this Kansas database.

6      QUESTION:  After the message goes to

7  Buzz, then what happens?

8      ANSWER:  This particular -- prior to

9  that -- that's -- the Buzz infrastructure is outside of

10  our group, so I don't know exactly how -- how it works.

11  But basically it knows how to route because when the

12  MCS -- when the device connect to MCS, we have the

13  TCP/IP address of the device, and we have the Android ID

14  of -- of the device, so that information, it's stored, I

15  think, on Kansas.  And then Buzz they can -- they can

16  get that information and send the message.

17      QUESTION:  So here on the diagram,

18  instead of third-party server, we have first-party

19  server.  Do you see that?

20      ANSWER:  Yes.

21      QUESTION:  Does that mean it's just

22  another Google server?

23      ANSWER:  That's the terminology we use on

24  the Android.  First party means Google application.

25      QUESTION:  Okay.  So first-party server

1 here refers to a Google application server; is that

2 right?

3              ANSWER:  Yes.

4              QUESTION:  And -- and the difference

5 between this diagram versus the one for external

6 projects is that this first-party server can communicate

7 directly with the GCM backend and bypass the GCM

8 frontend; is that correct?

9              ANSWER:  Yes, that's correct.

10              QUESTION:  Are there any other

11 differences between the GCM architecture for the

12 external projects and the internal projects?

13              ANSWER:  The architecture is the same.

14 It's just an option, the -- the third -- the first-party

15 service, they have this option to talk to the backend

16 directly, but the overall architecture is the same.

17              QUESTION:  I'd like to mark another

18 document.  It's entitled Android Mobile Connection

19 Service.  It will be Exhibit 57.  Are you familiar with

20 Exhibit 57?

21              ANSWER:  I'm -- I'm not -- I'm not

22 familiar.  To be honest, I don't think I saw this

23 particular document before.

24              QUESTION:  Okay.  I'd like you to turn to

25 the second page of Exhibit 57.  There's a heading that

```
 1  says --
 2                  ANSWER:  I'm sorry 57?  51?
 3                  QUESTION:  Oh, I'd like to turn to the
 4  second page?
 5                  ANSWER:  I'm sorry, okay, the --
 6                  QUESTION:  Which is --
 7                  ANSWER:  Exhibit 57.
 8                  QUESTION:  Yes.
 9                  ANSWER: 9551.  Okay.
10                  QUESTION:  Exactly.  It says persistent
11  connection and push mechanism.  Do you see that?
12                  ANSWER:  Yes.
13                  QUESTION:  Underneath that, it says by
14  consolidated all notifications on to the C2DM framework
15  over one MCS connection, the server can minimize the
16  number of open connections, optimized notifications
17  across applications, and make the most efficient use of
18  network and battery.
19                  When it says minimizing the number of
20  open connections, what does -- what does that mean?
21                  ANSWER:  That's what I mentioned before.
22  By providing a framework like C2DM, many applications
23  can use the same connection while if they didn't use
24  that, each application would have to have their own
25  connection.
```

1    QUESTION:  I'd like to mark an additional

2  document.  It says Google Cloud Messaging for Android.

3  It's a one-page document with Bates labeled

4  GOOG_SS_2958.  It will be Exhibit 60.  Oh, sorry.  It's

5  actually a three-page document.

6    I'd like to mark another document that

7  says Google Cloud Messaging for Android.  It's Bates

8  labeled GOOS -- I mean, GOOG_SS_2133.  It will be

9  Exhibit 61.

10    Are you familiar with Exhibits 60 and 61?

11    ANSWER:  I'm familiar with Exhibit 60.

12  61 seems to be the same, but it's kind of differently

13  printed, so I'm not sure why, but...

14    QUESTION:  What is -- what are

15  Exhibits 60 and 61?

16    ANSWER:  That's the Google site page for

17  the GCM project.

18    QUESTION:  At the top next to Google

19  Cloud Messaging team, it appears to be updated July 11,

20  2012.  Do you see that?

21    ANSWER:  Yes.

22    QUESTION:  About a third of the way down

23  the page, it says, 3.5 billion messages a day, 200

24  million active users, 40,000 developers.  Do you see

25  that?

1          ANSWER:  Yes.

2          QUESTION:  Do you think that's an

3 accurate statement as of July 2012?

4          ANSWER:  I believe it was.

5          QUESTION:  So sometime between 2010 and

6 2012, the C2DM and GCM services ramped up to 3.5 billion

7 messages, 200 million users, and 40,000 developers; is

8 that correct?

9          ANSWER:  That's what it says here.

10          QUESTION:  On Exhibit 60, there's a kind

11 of similar statement about a third of the way down the

12 page.  It says 11 billion messages a day, 450 million

13 active users, and 30,000 active applications.  Do you

14 see that?

15          ANSWER:  Yes.

16          QUESTION:  Is it your understanding that

17 there's now more than 11 billion messages a day, 450

18 million active users, and 30,000 active applications for

19 GCM?

20          ANSWER:  I don't know how many or what's

21 the current to date.

22          QUESTION:  Do you believe that this

23 document would accurately state the number of users and

24 messages and applications?

25          ANSWER:  I believe that when -- when this

1   document was written, it was probably accurate.

2                    (End of video clip.)

3                    MR. DOVEL:  Your Honor, our next witness

4   via videotape deposition will be Angana Ghosh.

5                    THE COURT:  All right.  Proceed.

6                    (Video clip playing.)

7                    QUESTION:  What is your name?

8                    ANSWER:  Angana Ghosh.

9                    QUESTION:  And where do you work?

10                   ANSWER:  I work at Google.

11                   QUESTION:  What is your job at Google?

12                   ANSWER:  I'm a product manager at Google.

13                   QUESTION:  What is the purpose of Google

14  Cloud Messaging?

15                   ANSWER:  The purpose for Google Cloud

16  Messaging was to provide a developer product, an ability

17  for developers to send messages to their devices, or

18  more specifically to their apps, so their apps can get

19  more fresher content.

20                   QUESTION:  Is that the only purpose of

21  Google Cloud Messaging?

22                   ANSWER:  That was -- that was the main

23  goal for Google Cloud Messaging.  The other goal was

24  that there was C2DM or Cloud to Device Messaging, which

25  was launched in beta.  And what we found, that

1  developers loved it, but there were lots of features

2  that were not great, so we wanted to improve the

3  developer experience and make it full stream.

4           QUESTION:  Before the break, we were

5  talking about the Google Cloud Messaging team's efforts

6  to reduce radio wake-ups.  The reason the Google Cloud

7  Messaging team was trying to reduce radio wake-ups was

8  because radio wake-ups drain battery, correct?

9           ANSWER:  That's correct.

10           QUESTION:  And the Google Cloud Messaging

11  team wanted to increase the life of -- the battery life

12  of the Android device, correct?

13           ANSWER:  That is correct because in the

14  Android team, we consider battery as very important

15  thing for our users.

16           QUESTION:  Why do you consider battery to

17  be a very important thing?

18           ANSWER:  Because if there's no battery,

19  people cannot use their devices.

20           QUESTION:  And Android users care about

21  having long battery on their phones, correct?

22           ANSWER:  That is my understanding.

23           QUESTION:  Google wants to provide the

24  best battery experience to the users of the Android

25  devices, right?

1              QUESTION:  Like I said before, in the

2  Android team, battery is something we deeply care about,

3  so I'm not surprised that this statement appears in this

4  document.

5              QUESTION:  And that statement is correct,

6  right?

7              ANSWER:  Correct.

8              QUESTION:  The new Google Cloud Messaging

9  users, that is, developers who want to use Google Cloud

10  Messaging, need to sign up for Google Cloud Messaging at

11  the Google API console, correct?

12              ANSWER:  As far as my recollection goes,

13  that is correct.

14              QUESTION:  And as a part of that process,

15  they need to agree to the Google API in terms of service

16  and obtain a simple API key, correct?

17              ANSWER:  I do recollect that they have to

18  agree to a TOS, but I do not recollect the name of the

19  actual key that they have to -- they get as a result of

20  the sign-up process.

21              QUESTION:  And TOS is terms of service,

22  correct?

23              ANSWER:  That's correct.

24              (End of video clip.)

25              MR. DOVEL:  Your Honor, our next witness

 1   will be Dr. Seenu Srinivasan.  He'll be presented via

 2   videotape.  We anticipate about an hour of direct, and

 3   then the Defendants will play his cross-examination, and

 4   then we'll have a brief redirect that we'll play via

 5   videotape as well.

 6                    THE COURT:  What do you anticipate the

 7   total length to be?

 8                    MR. DOVEL:  Approximately an hour-40ish.

 9                    THE COURT:  All right.  It's possible

10   that I'll call for a recess in the interim.  Just be

11   aware of that.

12                    MR. DOVEL:  Yes, Your Honor.

13                    THE COURT:  Let's proceed at this time.

14                    (Video clip playing.)

15                    QUESTION:  Good morning, Dr. Srinivasan.

16                    ANSWER:  Good morning.

17                    QUESTION:  To begin, what were the

18   primary questions that you're here to answer for the

19   jury?

20                    ANSWER:  How much is a market, the

21   smartphone market, willing to pay for notifications sent

22   using the infringing technology compared to the

23   non-infringing technology.  And if the infringing

24   technology were offered has an option at this price,

25   what fraction of Google Android smartphone users would

1    purchase that option.

2                    QUESTION:  Did you find answers to these

3    questions through your work in this case?

4                    ANSWER:  Yes, I did.

5                    QUESTION:  What were the answers that you

6    found?

7                    ANSWER:  I found that the market's

8    willingness to pay was $12.23, and approximately

9    42 percent of Android smartphone users would purchase

10   this option.

11                   QUESTION:  Is there a method or technique

12   that can be used to accurately figure out the answers to

13   the questions that you were asked -- to find for the

14   jury?

15                   ANSWER:  Yes.

16                   QUESTION:  What is the name of that

17   method or technique?

18                   ANSWER:  There is a market research

19   technique called conjoint analysis.  Conjoint is spelled

20   C-O-N-J-O-I-N-T, conjoint analysis.

21                   QUESTION:  Are you an expert in conjoint

22   analysis?

23                   ANSWER:  Yes.

24                   QUESTION:  I want to -- before we go

25   through your work, describe your expertise for the jury.

1  And let's start back with your education.  I understand

2  you're -- you're a Ph.D.  Did you go to college?

3                    ANSWER:  Yes.

4                    QUESTION:  Where did you go to college?

5                    ANSWER:  The first college I went to is

6  the Indian Institute of Technology in India.

7                    QUESTION:  You went to college in India.

8  Did you grow up in India, as well?

9                    ANSWER:  Yes, indeed.

10                    QUESTION:  Did you grow up in a small

11  town or a big city?

12                    ANSWER:  In a small town.

13                    QUESTION:  After getting that degree, did

14  you work or did you get more schooling?

15                    ANSWER:  I worked for a couple of years.

16                    QUESTION:  After doing that work for a

17  couple of years, what did you do next?

18                    ANSWER:  I came to the United States to

19  study at Carnegie Mellon University.

20                    QUESTION:  Where is Carnegie Mellon

21  University?

22                    ANSWER:  It is in Pittsburgh,

23  Pennsylvania.

24                    QUESTION:  What year -- did you get

25  degrees from Carnegie Mellon?

1                    Answer:  Yes, I did.

2                    QUESTION:  What degrees did you get?

3                    ANSWER:  I got a Master's degree, as well

4   as a Ph.D., that is Doctor of Philosophy.

5                    QUESTION:  In what subject did you get

6   your Master's and your Ph.D.?

7                    ANSWER:  They were both in business

8   administration.

9                    QUESTION:  Now, after getting these

10  degrees from Carnegie Mellon, what did you do next?

11                   ANSWER:  I went to teach at the U --

12  teach, as well as do research, at the University of

13  Rochester.

14                   QUESTION:  And how long were you at

15  Rochester teaching?

16                   ANSWER:  I was there for two -- three

17  years.

18                   QUESTION:  And what did you do next?

19                   ANSWER:  I then came in 1974 to Stanford

20  University.

21                   QUESTION:  How long were you at Stanford

22  University?

23                   ANSWER:  Stanford University in

24  California, I have been there from 1974 and continuing

25  right now, 2013.

1                         QUESTION:  All right.  So how many years

2   total is that at Stanford?

3                         ANSWER:  That's 30 -- 39 years and going.

4                         QUESTION:  And are you a professor at

5   Stanford University?

6                         ANSWER:  Indeed.

7                         QUESTION:  What do you do as -- as a

8   professor at Stanford?  What are the primary things that

9   you do?

10                         ANSWER:  Three things:  Teaching,

11   research, and some administration.

12                         QUESTION:  Have you taught any courses

13   that relate to the work that you did in this case?

14                         ANSWER:  Yes, I did.

15                         QUESTION:  Can you briefly describe those

16   to the jury for us?

17                         ANSWER:  There are two courses I taught

18   through the Master's of Business Administration Program.

19   One was called Customer Focus Product Marketing and

20   another course was called Data Analysis.

21                         QUESTION:  And how do those relate

22   generally to your work in this case?

23                         ANSWER:  Well, Customer Focus Product

24   Marketing is very much related to this case.  The topic

25   is broadly -- if a company were to market a product,

1    what kind of features should they put in that product?

2                    How should they price that product?  What

3    the segments in the marketplace are.  What kind of a

4    product line, as opposed to a single product, they might

5    want to come up with, et cetera.

6                    And the data analysis course is very much

7    to do with learning about statistics, which is relevant

8    to this case.

9                    QUESTION:  In your research, is there any

10   research that you've done that relates to your work in

11   this case?

12                   ANSWER:  Yes, indeed.

13                   QUESTION:  Is it a substantial amount of

14   your -- of your research or just a small fraction of it?

15                   ANSWER:  A major portion of it.

16                   QUESTION:  Can you describe generally the

17   research you've done that relates to your expertise that

18   you applied in this case?

19                   ANSWER:  One topic is conjoint analysis.

20   This is the method that I am using in this particular

21   case, and methods for doing conjoint analysis, testing

22   various aspects of it.  I also have done some research

23   on what the market is willing to pay for a feature.

24                   QUESTION:  As a result of doing your

25   research, have you written any research publications

1   that have been published in recognized journals?

2           ANSWER:  Indeed.

3           QUESTION:  Over the years, approximately

4   how many research publications have you had published in

5   research journals?

6           ANSWER:  A total of 80 research

7   publications, of which about 30 are -- 34, maybe -- in

8   -- 30, let's say, in conjoint analysis itself.

9           QUESTION:  Are you and Dr. Green

10  generally credited with having originated the -- this

11  concept of conjoint analysis?

12          ANSWER:  Yes.  Yes, indeed.

13          QUESTION:  Now, in addition to doing

14  research and publications, have you worked with

15  companies who are selling products to consumers to apply

16  your research to their products?

17          ANSWER:  Yes, I do.

18          QUESTION:  Let me ask you about some of

19  those, and I've placed on the screen a slide that I want

20  to ask you about.  Do you recognize the -- what's

21  referenced on the screen -- the various products that

22  are referenced here?

23          ANSWER:  Yes, I do.

24          QUESTION:  Have you done work in

25  connection -- on each of these products?

1              ANSWER:  Yes, I have.

2              QUESTION:  The next one relates to

3    Sonicare Philips and electric toothbrushes.  Can you

4    describe your work in that connection?

5              ANSWER:  So this was a project I had done

6    for a company.  This was in this case Philips.  Sonicare

7    is the name of a brand.  And, again, this was done in

8    the context of another market research company working

9    with me.  And the question was there were different

10   features that they could add on to the product.  And

11   each of these features are -- are customers more

12   interested in.  And, again, a question of how much more

13   are they willing to pay for those.

14             QUESTION:  Did you use your conjoint

15   analysis techniques in providing these answers?

16             ANSWER:  Yes, I did.

17             QUESTION:  Now, as a result of your

18   research publications and your work on conjoint analysis

19   and your research in the -- in the marketing research

20   field, have you received any awards?

21             ANSWER:  Yes, I have.

22             QUESTION:  In particular, are there

23   awards in the market research community that recognize

24   outstanding work in the field?

25             ANSWER:  Yes, there are.

1          QUESTION:  What are those awards called?

2          ANSWER:  There are three awards.  One is

3 called the Parlin Award, another one called the

4 Churchill Award, and the third is called the Converse

5 Award.  And I've been lucky enough to receive all three

6 of those awards.

7          QUESTION:  Now, where do you live?

8          ANSWER:  I live in Los Altos, California,

9 which is right next to Palo Alto, California, not too --

10 about 40 miles from San Francisco.

11          QUESTION:  And can you tell us just --

12 tell the jury briefly something about your family.

13          ANSWER:  Yes, I have my wife of 41 years,

14 married, and we have two grown sons.

15          QUESTION:  And what does your wife do?

16          ANSWER:  She's a kindergarten teacher.

17          QUESTION:  Now, where is this videotaped

18 testimony taking place?  Where are we today?

19          ANSWER:  This is in a conference room

20 right next to this beautiful courthouse I saw last night

21 in Christmas lights.

22          QUESTION:  And what day is it today?

23          ANSWER:  Today is December 19th, 2013.

24          QUESTION:  Is -- what's the reason why

25 we're taking your testimony today on video rather than

1  having you testify in January at the trial?

2          ANSWER:  During January, I need to be

3  teaching at the Indian School of Business in India, so

4  that's it -- I'm teaching during that time.

5          QUESTION:  And you won't be able to make

6  it to the trial?

7          ANSWER:  Yes.

8          QUESTION:  Now, when did you first get

9  involved with this matter concerning smartphones and

10  doing this work for SimpleAir?

11          ANSWER:  I want to say approximately June

12  2011.

13          QUESTION:  When you were hired by

14  SimpleAir to do this work, were you told to reach any

15  particular results?

16          ANSWER:  No.

17          QUESTION:  Were you told that the amount

18  that you would be paid would be greater or lesser,

19  depending on the results that you got?

20          ANSWER:  Of course not.

21          QUESTION:  And how is it that you're

22  being paid?  Is it a flat amount?  Are you paid by the

23  hour?  How are you being paid?

24          ANSWER:  I'm being -- being paid by the

25  hour.

1          QUESTION:  And how much is it that
2    you're -- you're charging?

3          ANSWER:  It is $900 an hour.

4          QUESTION:  Is that your standard rate, or
5    is that a rate that only applies to -- in this case?

6          ANSWER:  It's my standard rate for both
7    consulting to companies, as well as for expert witness
8    such as this.

9          QUESTION:  Is that the same rate that you
10   would charge Google if they'd hired you to conduct a
11   study on their notification service?

12         ANSWER:  Yes.  If they had hired me, yes.

13         QUESTION:  If Google had hired you, would
14   you have taken the same approach and came up with the
15   same answer?

16         ANSWER:  I would have taken the same
17   approach, and I believe if I had done the same survey, I
18   would have gotten the same result.

19         QUESTION:  Do you have any bias against
20   Google?

21         ANSWER:  Of course not.  It's a great
22   company.

23         QUESTION:  Let's talk about your specific
24   work in this case.  What technique did you use to find
25   the answer?

1              ANSWER:  Conjoint analysis.

2              QUESTION:  Can you briefly describe to

3 the jury what is conjoint analysis?

4              ANSWER:  When customers are choosing

5 products in the marketplace, such as smartphones, there

6 are different features of these products, there are

7 different brand names, different prices.  Conjoint

8 analysis determines the values customers place on these

9 different features, the brand name, and price.

10             QUESTION:  How does conjoint analysis do

11 that?  Can you describe that generally?

12             ANSWER:  It's a survey-based technique.

13 It's a market survey-based technique.  So you would do a

14 survey with consumers in this market, ask them a series

15 of questions, and through that -- and do some analysis,

16 and as a result of that, you would get those answers.

17             QUESTION:  In conjoint analysis -- are

18 you familiar with survey techniques where people are

19 asked just directly how much they are willing to pay for

20 a feature?

21             ANSWER:  Yes, I'm familiar with them.

22             QUESTION:  Is that conjoint analysis?

23             ANSWER:  No.

24             QUESTION:  Why -- why does conjoint

25 analysis do something different?

1                    ANSWER:  If you ask a question directly,

2    research has shown that people tend to overstate what

3    they are willing to pay.  Those answers are not

4    accurate.

5                    QUESTION:  Are you familiar with the

6    reputation of conjoint analysis in the market research

7    community as to whether or not it's good science?

8                    ANSWER:  Yes.

9                    QUESTION:  What is conjoint analysis'

10   reputation in the -- in the -- in the market research

11   community?

12                   ANSWER:  It's a very strong one, so much

13   so that approximately 18,000 commercial applications

14   occur all over the world each year.

15                   QUESTION:  Has it been tested and

16   researched in -- in numerous research publications?

17                   ANSWER:  Yes, it has been.

18                   QUESTION:  Is it used by regular

19   companies who are trying to determine the prices or

20   features of their products?

21                   ANSWER:  Yes.

22                   QUESTION:  Now, in this case, what

23   feature or features were you trying to find out

24   information about when you did your survey?

25                   ANSWER:  There were three features which

1  were central to answering the question of how much the

2  market is willing to pay.

3             QUESTION:  And what are those three

4  features?

5             ANSWER:  One was notifications, whether

6  you get notifications immediately or you don't get it at

7  all.  Another one was battery life.  And a third one was

8  price.

9             QUESTION:  Why were you interested in

10 finding about -- finding out information about battery

11 life if the subject here is Google's notification

12 system?

13            ANSWER:  Because the technical expert in

14 this case, Dr. Knox, had informed me through a

15 mathematical formula that he had worked out that

16 notification service -- services will, in general,

17 reduce battery life, depending on the number of

18 notification apps.

19            QUESTION:  So why do you need then to

20 take -- to measure battery life to come up with the

21 market's willingness to pay answer that you came up with

22 in this case?

23            ANSWER:  Because the formula --

24 mathematical formula that Dr. Knox gave showed that if

25 you use the infringing technology, there will be some

1  reduction in battery life and that would not be affected

2  by the number of notification apps.

3                On the other hand, if you use an

4  alternative non-infringing technology, then the battery

5  life would be reduced further, depending on how many

6  notification applications there are.  The greater the

7  number of notification applications, the greater the

8  drain on battery life.

9                QUESTION:  Now, when you conducted your

10 survey, did you just ask the survey takers to provide

11 information about just notifications, battery life, and

12 price, or did you include other things, as well?

13               ANSWER:  I included 13 other features.

14               QUESTION:  If you're just interested

15 ultimately in those three things, notifications, battery

16 life, and price, why did you include 13 other features?

17               ANSWER:  If you ask the question only on

18 those three, you put too much focus on them and people

19 are likely to give inaccurate answers, as previous

20 research has shown.  Whereas, if I put those three

21 features in the context of a larger set of features

22 which are important to consumers, then you are more

23 likely to get more accurate answers.  And that was the

24 reason.

25               QUESTION:  Is that a standard practice in

1 conjoint analysis?

2                    ANSWER:  Yes.

3                    QUESTION:  I've placed on the screen a

4 list of features.  Do you recognize this?

5                    ANSWER:  I do.

6                    QUESTION:  What is this list?

7                    ANSWER:  This is the list of features I

8 had included in my conjoint analysis survey for this

9 particular case.

10                    QUESTION:  In doing the survey, is -- is

11 it necessary or unnecessary to include every -- every

12 feature of a smartphone?

13                    ANSWER:  It is not at all important to

14 include all relevant features.  You want to have enough

15 of other important features.

16                    QUESTION:  Enough for what?

17                    ANSWER:  So that the focus is not so much

18 on the three features that I'm studying, so it is done

19 in a larger context so consumers don't get to know

20 exactly only those three features, but the question is

21 in terms of in this case, 16 features.  But it is not

22 necessary to include all relevant features.

23                    QUESTION:  How would your results have --

24 would your results have been proved or stayed the same

25 or gotten worse if you'd included many more features,

1   say 30 or a hundred?

2                ANSWER:  It's my opinion that if you --

3   an informed opinion, I might say, in the conjoint

4   analysis area -- that if you include too many features,

5   such as 30 features or a hundred features, whatever,

6   then what will happen is that the questionnaire will

7   become too long and complicated, customers will get -- I

8   mean, the responders will get confused, the data will be

9   less accurate, and then finally my result, therefore,

10  will be less accurate.

11               QUESTION:  Did you prepare a written

12  report describing your work and your results in this

13  case?

14               ANSWER:  Yes, I did.

15               QUESTION:  Now, do you understand that

16  Google hired a -- an expert to review your report and

17  comment on it?

18               ANSWER:  Yes, I did.

19               QUESTION:  Have you reviewed his

20  comments?

21               ANSWER:  I have.

22               QUESTION:  As a result of reviewing his

23  analysis and criticisms, did that cause you to conclude

24  that there were any problems or issues with your work?

25               ANSWER:  I don't believe so.  I -- I

wrote a report -- supplemental report replying to Dr.

Dhar, D-H-A-R, Dr. Dhar -- a supplemental report

replying to his criticisms.

QUESTION:  And what's the name of

Google's expert that they hired?

ANSWER:  Dr. Dhar, D-H-A-R.

QUESTION:  Is there a standard approach

in surveys to test whether you've got a sufficient

number of attributes, whether you've got the attributes

that are important to consumers?

ANSWER:  There is one way of doing it,

yes.

QUESTION:  What is that?

ANSWER:  That's doing a pretest of the

study itself with consumers now, not with third-party

reviewers.

QUESTION:  Did you conduct such a pretest

before you did your final survey in this case?

ANSWER:  Yes, I did.

(Videoclip ends.)

MR. STOCKWELL:  Your Honor, while

counsel is switching, I want to renew our pre-trial

objections to the remainder of this testimony.

THE COURT:  Duly noted.

(Videoclip played.)

1              QUESTION:  As a result of doing the

2    pretest, what did that tell you about the adequacy of

3    the feature that you had identified for your -- for your

4    survey?

5              ANSWER:  I concluded that I had an

6    adequate representation of the important features that

7    customers consider important in choosing smartphones.

8              QUESTION:  Did you do anything to test

9    the wording of the questions for the key features?

10             ANSWER:  So I ran the survey earlier and

11   found that the battery life question, the wording of

12   that question, was confusing, and I changed it in the

13   final survey that that is included.  That is the basis

14   of my conclusions in this particular case.  So that was

15   one thing I did change.

16             I also tested the notifications feature

17   in terms of doing it one way, compared to another way,

18   and found that it did not make a difference and,

19   therefore, I pooled those results -- that is, I combined

20   those results.

21             QUESTION:  When was this survey taken

22   that's the basis of your conclusions in this case?

23             ANSWER:  February 2012.

24             QUESTION:  Now, how many respondents did

25   you actually use or select for your survey?  How many

1 people took the survey?

2          ANSWER:  There were 623 respondents who

3 completed the survey.

4          QUESTION:  Was that a big enough number

5 of respondents to give you statistically accurate

6 answers?

7          ANSWER:  Yes.  Based on the experience in

8 conjoint analysis, the typical sample size is somewhere

9 around 300 to 400 on average.  So this is larger than

10 that.

11          QUESTION:  Now, when you did this review,

12 was it limited just to -- just to Android users -- that

13 is, people that use the Google Android operating system

14 on their phones?

15          ANSWER:  No, it was not restricted to

16 them.

17          QUESTION:  Why not?

18          ANSWER:  It goes back to the question

19 that we were asking.  What is a market willing to pay?

20 Because if Google Android system were to ask this

21 question of what the market is willing to pay, when they

22 put in this feature, part of the reason for putting in

23 the feature is not only from the point of you're

24 increasing the customer satisfaction of their current

25 customers but also potentially to make other customers

1    attracted to this product so they would buy them.  So

2    you want to survey not only your current customers, but

3    you definitely want to include other customers -- that

4    is, potentially who could be your customers in the

5    future -- because you're trying to attract them.

6                    QUESTION:  Is that an accepted way to

7    approach this problem?

8                    ANSWER:  It, in fact, is a correct way to

9    do it.

10                   QUESTION:  I want to have you describe

11   some of the details of the survey questions that were

12   asked in your survey, but first, can you tell the jury

13   broadly what the structure of your survey was?

14                   ANSWER:  There were three parts to the

15   survey.  The first part was about what we call

16   demographics of the person taking the survey.  The

17   middle part, which is the main part of the survey --

18   excuse me, is the conjoint analysis part of the survey.

19   And then the final part had to do with asking the

20   respondent some information about their particular

21   smartphone and their pattern of using their particular

22   smartphone in terms of downloaded applications and

23   notifications, so on.

24                   QUESTION:  Let's talk about that first

25   part, the demographic questions.  Can you just generally

1 describe what those questions relate to?

2       ANSWER:  So these are questions such as

3 the gender of the respondent, the age of the respondent,

4 their -- whether they are married, marital status, their

5 information about their race and ethnicity, and finally

6 about their annual family income.

7       QUESTION:  Did you make use of this

8 information in reaching your final results?

9       ANSWER:  One need to check to what extent

10 my sample is representative of coming into my survey is

11 representative of the U.S. adult population in general.

12       So for that purpose, I used it and I made

13 some adjustments because of that.

14       QUESTION  Now, let's talk about the

15 conjoint portion of this survey.  Can you describe to

16 the jury the -- the sort of questions -- the first --

17 the first part of the conjoint survey, what kind of

18 questions were asked of the survey takers?

19       ANSWER:  So when they come into the

20 survey on the conjoint part, they are first -- they

21 first see the list of 16 features we saw before and some

22 descriptions of those features, some information about

23 what different values that feature can take, such as

24 price can be $50 or a hundred dollars or $200 or $300,

25 like that.  Then they are asked for each feature which

has multiple levels, like the example I just gave you,

how desirable or undesirable each of those levels are

for each of those features.

QUESTION   All right.  I'm going to ask

you -- put on the screen -- withdrawn.

I've put on the screen a sample of one of

the pages or screen shots from the --

ANSWER:  Right.  I see it.

QUESTION:  All right.  Do you recognize

this?

ANSWER:  I do.

QUESTION:  Can you just generally

describe what is depicted here?

ANSWER:  These are the different brands

operating systems of -- operating systems of

smartphones.  So you have the brand name, as well as the

operating system in that -- for that particular thing.

So, for example, Samsung, Android --

let's say HTC Android, Apple iPhone, et cetera.

QUESTION:  In the upper left-hand corner,

the word ASEMAP, A-S-E-M-A-P, appears.  What does that

refer to?

ANSWER:  That is a particular software

and method that is used in conjoint analysis in this

particular case.

1          QUESTION:  Now, I put on the screen a

2  blow-up from a portion of this page.  Can you use this

3  and just describe in one or two sentences how it is that

4  a survey taker would respond to this?

5          ANSWER:  So, for instance, in the very

6  first line, they are asked to say that Samsung telephone

7  using the Android operating system, how desirable or not

8  at all desirable it is on a scale, so to speak.  You can

9  choose a number anywhere from 0 to 10.  10 would mean

10  that it is extremely desirable, where 0 would mean that

11  it is not at all desirable.  And they are asked this

12  question for other brand operating systems, such as the

13  Apple iPhone.

14          QUESTION:  Are they asked this sort of

15  question just for the brand name, or does it -- is this

16  also used for the other features in your survey?

17          ANSWER:  For every feature it is used.

18          QUESTION:  Same sort of analysis?

19          ANSWER:  Same sort of questions.

20          QUESTION:  Okay.  Now, what's the next

21  part of this survey that they would see after doing this

22  ranking of features and then identifying how important

23  they thought they were?

24          ANSWER:  Yeah.  So you have 16 features

25  here.  So we asked them, first rank them in terms of

1  this is the most important feature, all the way down to

2  the one which is the least important feature for that

3  particular respondent.  We don't assume these are common

4  across people.  So that's the next set of questions.

5  And then we give them peer comparisons, ask them to

6  compare two features at a time.

7             QUESTION:  When you say two features, it

8  would be just any -- any 2 of those 16?

9             ANSWER:  Right.  So this is where the

10  computer intelligence comes -- comes in and the method

11  and the software that I talked about.  What this method

12  does is it looks at all the data that the respondent has

13  given so far and the computer kind of asks itself what's

14  the most intelligent question I can ask this person

15  next.  And that is the question that is posed next.

16             Then the person gives their response.

17  The computer takes in that response, does some analysis,

18  and then asks itself what's the next question I should

19  ask this person.  Like that, 11 two-at-a-time questions

20  were asked.

21             QUESTION:  When you say two at a time,

22  let's put up an example of one of those.  Explain that

23  to the jury.  I've put up an example here.

24             ANSWER:  Price and size?

25             QUESTION:  Yeah.  This is Slide 10.  Can

1  you just describe to the jury what is depicted here?

2           ANSWER:  Yes.  In this particular slide,

3  they are shown two features, two of those 16 features.

4  One is price, another one is screen size.  And in front

5  of them there are two bars.  And one part of the bar is

6  darker colored; another one is light.  Those two bars

7  are both currently equal in length to indicate that they

8  are both equally important, so to speak, at this point.

9           The consumer is asked, which one of these

10 two things are is more important to you?  No. 1, how

11 much important to you is the second question?  So the

12 person will click on the one they think is more

13 important to them.  Let's say price is more important to

14 me than screen size in this case.  Then I will click on

15 price, and I will drag it to the right.  That is, I have

16 clicked on it and -- and with a computer mouse you will

17 click -- click it to the right, like what you have shown

18 just now.  And in this case, for example, this person is

19 saying that price is much more important to him or her

20 compared to screen size.

21           QUESTION:  Can the survey respondent

22 select any portion along there with their -- their

23 mouse?

24           ANSWER:  Indeed.

25           QUESTION:  Well, my question is:  Are

1  they all comparisons of price, or are they comparison --

2  or do you have anywhere they're asked to compare two

3  features?

4              ANSWER:  They can be -- yes, they can be

5  asked to compare two features where price is not one of

6  them.  Next slide.

7              QUESTION:  Let's show an example of that.

8  Can you explain what's on the screen now?

9              ANSWER:  So in this particular case, we

10  have touch screen -- that is, whether or not the

11  smartphone has a touch screen.  And No. 2, the

12  notification feature.  And this particular respondent,

13  in answer to this particular question, is saying, well,

14  the touch screen is somewhat more important than

15  notifications.

16             QUESTION:  What if a respondent, in

17  taking the survey, concluded that for them notifications

18  was of no importance, as compared to the feature that

19  they were comparing to?  If they, for example, thought

20  that touch screen compared to the notifications was of

21  no experience, how would that be indicated by the survey

22  taker?

23             ANSWER:  In that case, they could move

24  the touch screen all the way to the end or conversely

25  they can put the notification -- put it all the way to

1   the end.  So like the picture that you are now showing

2   where you notice the touch screen is full hundred

3   percent and the notification is just not showing at all.

4                    So in this case, they're telling us that

5   touch screen is just so much more important and

6   notifications is not at all important, relative to each

7   other.

8                    QUESTION:  Now, did you collect data like

9   this from -- from each of those survey respondents about

10  how they would trade off various features, including

11  price and other features?

12                   ANSWER:  Yes, I did.

13                   QUESTION:  After the -- the paired

14  comparisons were shown to the survey takers, what would

15  be the next task that they would do then?

16                   ANSWER:  They were shown five

17  smartphones, so to speak, describe only the five most

18  important features to that particular respondent.  So

19  they will see first a smartphone.  For that particular

20  consumer, which are the five most important features for

21  them -- to show them.

22                   QUESTION:  I ask you to slow down a

23  little bit.

24                   ANSWER:  Yeah.  So it will show it to

25  them.  And it will ask him or her, how likely is it you

1    would purchase this smartphone, assuming that all the

2    other features are attractive?

3                 QUESTION:  After the survey takers

4    provided responses to how likely they would be to buy

5    phones, what's the next portion of the survey that they

6    received?

7                 ANSWER:  Yeah.  Just to be sure, on this

8    likelihood of purchase, that question was asked of five

9    different products, some very attractive and some not so

10   attractive in terms of the features.  So once I'm done

11   with that, the question you're asking, is I ask them

12   some questions about their particular smartphone.

13                QUESTION:  Now, Dr. Dhar presented some

14   criticisms in his report that I wanted to ask you about

15   regarding the survey.  One criticism he says is that the

16   instructions describe the 16 features as ones that are

17   important in choosing a smartphone, and he criticized

18   that as saying that that would artificially inflate the

19   importance of notifications and make the results

20   invalid.  Do you agree with that criticism?

21                ANSWER:  I don't.

22                QUESTION:  How does the comparison of one

23   feature against another relate to whether or not there's

24   going to be any inflation of value for one feature?

25                ANSWER:  Let me put it this way.  If you

ask a question of one-by-one each of the features how

important they are, then I can see the possibility that

it could have an inflated.  That's not what I'm doing.

I'm asking them to compare two features like you saw in

those bars before, asking them how much more important

is one compared to the other.  So I don't believe there

will be an inflation of importance because of that.

QUESTION:  Now, the -- another criticism

of Dr. Dhar's is that he says that this approach does

not accurately model the decision making process of

consumers.  Do you agree with that criticism?

ANSWER:  So Dr. Dhar is talking about the

process by which consumers actually choose smartphones.

Conjoint analysis is not a process model.  It is a

prediction model.  In other words, conjoint analysis

really says that it is not trying to exactly model the

process by which actual consumers are using, but it is

able to abstract it -- the essential elements of it --

in such a way that it is able to predict what they are

actually going to do.  So it is more of a prediction

model.  So the fact it is not exactly the name of the

process, it doesn't matter because prediction has been

shown to be very high.

QUESTION:  Dr. Dhar says that there are

obvious respondent errors -- that is, errors in the --

1  for particular survey takers where they have --

2  they've -- they've got -- they've given responses that

3  just don't make sense, but they've said that they prefer

4  a higher price to a lower price or lower battery life to

5  higher battery life.  What -- have you read his

6  criticism in that regard?

7                    ANSWER:  Yes, I have seen that criticism.

8                    QUESTION:  What is your response to that

9  criticism?

10                    ANSWER:  Well, in practical conjoint

11  analysis surveys in the real world, some people make

12  mistakes.  This is true.  And they did in my survey,

13  also.  This is common.

14                    QUESTION:  When -- as a result of that --

15  of those errors, does that -- what does that mean with

16  regard to the validity of your survey?

17                    ANSWER:  So one of the analysis I did in

18  response to Dr. Dhar's report is I took out those

19  respondents who made an obvious error -- a big error in

20  terms of price, for example, like what you said.  They

21  said that actually $300 is preferable to $50, for

22  example, or they said that the current -- the full

23  battery life is not as good as 20 percent battery life,

24  et cetera.  I took out people who were -- were obviously

25  reversed, so to speak, their preferences, and recomputed

1  my market's willingness to pay calculation.  And I found

2  that my number was not particularly affected.  If

3  anything, it went up somewhat.

4         QUESTION:  Let me see if I understand

5  that.  Are you saying that in this compensation that you

6  then took out the survey respondents who had made those

7  sort of errors and -- and then just did your analysis

8  using the others?

9         ANSWER:  Using only the remaining people,

10  yeah, that's what I was trying to say.

11         QUESTION:  And what was the result when

12  you did that?

13         ANSWER:  I don't have the exact number in

14  front of me.  I can look it up if you are interested.

15  But for $12.43, which is my number -- market willingness

16  to pay number, it goes up to maybe $12.70 or something

17  like that.  It -- it goes up.  It doesn't -- so it

18  doesn't change a lot, but, if anything, it goes up.

19         QUESTION:  Did you have a way of testing

20  as a whole how reliable the answers are that the

21  respondents gave?

22         ANSWER:  Yes, yes, I have a way, and I --

23  and I did test it.

24         QUESTION:  Can you describe that to the

25  jury?

1    ANSWER:  So I computed a correlation, as

2    it is called, in statistics.  And if the correlation is

3    more than two-thirds, then I called those people as

4    higher quality data respondents.  And the people who are

5    below two-thirds, I called them not as high -- lower

6    quality respondents -- data respondents.  And I did the

7    analysis both ways, as I said.  I did the market

8    willingness to pay using only the higher quality

9    respondents.  I did then another analysis including

10   everybody, and I found that if I did everybody, the

11   market's willingness to pay goes up a little bit.  So,

12   again, my results were conservative in that sense.

13   QUESTION:  I've got a couple of slides

14   here, Dr. Srinivasan, and I want to walk through those

15   and have you explain this concept of market's

16   willingness to pay.  So starting with this slide which

17   shows a -- a phone without a camera feature.  Can you

18   explain the concept of market's willingness to pay?

19   ANSWER:  So in this particular slide, you

20   are seeing a phone -- smartphone without a camera, so it

21   says no camera.  And the price of this phone is $200.

22   Now, you have added to that previous

23   slide another picture in which the phone has a camera.

24   So you've added a feature which people generally prefer.

25   Now, the question is, how much can I

1 increase my price and still keep the same number of

2 units I sold before, because I'm giving something more

3 attractive?  How much more can I -- how much incremental

4 I can increase my price and still keep the same number

5 of units?  That increase in price is what we mean by the

6 market's willingness to pay for the feature -- in this

7 case, camera.

8                QUESTION:  All right.  Let's do it

9 another way.  Let's assume we start with a phone that

10 already has the feature and then the phone -- then the

11 feature's taken away.  Can you describe market's

12 willingness to pay in that circumstance?

13                ANSWER:  Right.  So before you had the

14 camera, now this -- this particular phone does not have

15 the camera.  So the people are likely to find the

16 smartphone without the camera less attractive.  So how

17 much do you have to decrease the price now?  As you're

18 showing that redline there, orange line, showing how

19 much does the price have to go down and still keep the

20 same unit sales.  So that is also the market's

21 willingness to pay.

22                QUESTION:  Is that -- is the market's

23 willingness to pay for the decrease and for the

24 increase, is it the same or is it different in the

25 method that you used?

1                    ANSWER:  It is the same if the change

2  that you are making is small, and -- which is -- which

3  is true in my particular case.

4                    (Videoclip ends.)

5                    THE COURT:  Why don't we use this pause

6  to take a recess and then we'll continue with this

7  deposition testimony when we return.

8                    Ladies and gentlemen of the jury, I'm

9  going to excuse you to the jury room for a brief break.

10  Don't discuss the case among yourselves.  You may leave

11  your juror notebooks in your chairs, if you'd like, and

12  we'll continue shortly.  You are excused to the jury

13  room at this time.

14                    COURT SECURITY OFFICER:  All rise.

15                    (Jury out.)

16                    THE COURT:  The Court stands in recess.

17                    (Recess.)

18                    (Jury out.)

19                    COURT SECURITY OFFICER:  All rise.

20                    THE COURT:  Be seated, please.

21                    Are we ready to proceed with the

22  deposition clips?

23                    MR. DOVEL:  Yes, Your Honor.

24                    THE COURT:  All right.  Let's bring in

25  the jury, please.

 1                    COURT SECURITY OFFICER:  Yes, sir.

 2                    THE COURT:  Mr. Dovel, is there another

 3    deposition clip after this one, or is this the last one?

 4                    MR. DOVEL:  This is the last one.  We

 5    have another 30 seconds we will play after Mr. Mills.

 6                    So next witness will be Mr. Mills.

 7                    THE COURT:   All right.

 8                    COURT SECURITY OFFICER:  All rise for the

 9    jury.

10                    (Jury in.)

11                    THE COURT:  Be seated, ladies and

12    gentlemen.

13                    Plaintiff may continue with your witness

14    by deposition.

15                    (Videoclip played.)

16                    QUESTION:  Now, in general, if someone

17    gathers survey data showing how much individual

18    consumers value a feature, would that -- and that's all

19    the data they had, would that be enough data to

20    accurately estimate the market's willingness to pay for

21    that feature?

22                    ANSWER:  Okay.  So the market willingness

23    to pay is a general concept.  That is, with the

24    feature -- with the desirable feature put on, how much

25    is the price to be increased so that the unit sales

1  remains the same, as I pointed out before.  If the -- if

2  the change that you are making is very substantial --

3  that is, the value -- the total value is being increased

4  by a substantial amount, then this particular method I

5  used is not appropriate.  There are -- it's not

6  appropriate.  You have to do something else.

7           QUESTION:  What other information would

8  you need in that circumstance in the general case where

9  you've got these large changes?

10          ANSWER:  You have to do what is called

11  the computer simulation.  It's called a market

12  simulation, it is called.  So you need to have lot -- a

13  lot more additional data.  I'll give you some examples

14  of that.  You need to know what are the different brands

15  competing in the marketplace?  For each of those brands,

16  what are the models?  For each of those models, what are

17  the features?  What are the prices?  How familiar --

18  what is the market's familiarity with each of these

19  brands?  What is the level of advertising that goes on,

20  both now and in the past?  How much distribution is out

21  there?  That is, in other words, how available each of

22  these are with the different service providers?  So you

23  need a lot of additional information, and then you have

24  to build what is called a simulation model.  Using that,

25  you can answer the question for any other feature also,

 1  but if -- if the value change is substantial.

 2              QUESTION:  All right.  If you didn't have

 3  all that information in this case, how is it that you

 4  were able to reliably determine the market's willingness

 5  to pay?

 6              ANSWER:  I was able to -- I didn't have,

 7  first of all, all those information, but I did not need

 8  it in this case because the change I was talking about

 9  is small, and, therefore, I was able to use something

10  called a formula 14 -- I will get to that in a minute if

11  you -- if you -- as -- as a way of determining it

12  without needing all that other information.

13              QUESTION:  When you refer to formula 14,

14  what are you referring to?

15              ANSWER:  There is a research paper by

16  Professor Ofek of the Harvard Business School and

17  myself, I think, titled something like, How Much is the

18  Market Willing to Pay For an Improvement in an

19  Attribute, I think it is, something like that.  And in

20  that research publication, there is a formula 14.

21  There's a 14 formula.

22              QUESTION:  All right.  Let me put on the

23  screen -- you mentioned the -- the name of the

24  publication.  When was that published?

25              ANSWER:  I believe it is a 2002, I want

1 to say.

2              QUESTION:  Now, on the screen now, we

3 also have a long -- looks like a scientific or

4 mathematical formula.  It has the number 14.  Do you

5 recognize that?

6              ANSWER:  Yes, that was the formula I was

7 referring to as formula 14.

8              QUESTION:  Now, this looks complicated to

9 me.  Did you have enough information data that you could

10 use this formula to calculate the market's willingness

11 to pay?

12             ANSWER:  I had enough information to use

13 formula 14, yes.

14             QUESTION:  Has this formula been

15 generally recognized in the market research community as

16 applicable, as one that's valid?

17             ANSWER:  Yes.

18             QUESTION:  Can -- can you provide to the

19 jury any evidence to show that this approach is accepted

20 in the mark -- market research community as providing

21 valid results?

22             ANSWER:  So there are two things I could

23 say on those lines.  One, in the year 2002, when this

24 paper was published, each year people in the market

25 research -- quantitative marketing research community

1  look at all the papers that are published that year in

2  either this journal or another leading journal and say

3  which paper had -- had the greatest value to the

4  marketing research community.  And this paper won

5  something called the John Little Award for -- for

6  getting that -- for being recognized in that way.  So

7  that's one.

8              Secondly, this paper has been out for

9  about 11 years now, 2002.  We are now in 2013.

10 Generally, what happens in the scientific community is

11 that people read it, they check it, and if they have an

12 objection to it and they can say that there is something

13 not quite right about it, they write a publication on

14 that basis.  I know of no such research which has been

15 published in this past 11 years potentially refuting

16 this -- this approach.

17             QUESTION:  Is either the precise formula

18 14 or a variation of it in common use in the market

19 research community?

20             ANSWER:  A variation of it is in use

21 in -- in the market research community.

22             QUESTION:  Just starting with each of

23 these columns, can you explain to the jury what's

24 depicted here and your results for the market's

25 willingness to pay for infringing notifications for

1   Android phones?

2              ANSWER:  So the first column say O/S

3   weights, question mark.  So it's asking did we use the

4   weights that were in the formula 14.  So it says -- it

5   say, no, which means the variation of that formula

6   was -- this is the one which you asked me a minute ago,

7   asking is there a variation of that formula that is used

8   in the market research community.  The answer is yes.

9   So that's what the no is about.

10             QUESTION:  Let me ask you a question

11  about that.  When you say the weights, those are all the

12  details that are in that formula 14?

13             ANSWER:  That's correct.

14             QUESTION:  And when it says -- in the

15  column when it says, no, that means they're using the

16  simplified version?

17             ANSWER:  That's right.

18             QUESTION:  Let's go to the second column.

19  What does that indicate?

20             ANSWER:  This says smartphone price

21  range, it says.  Suppose you take the entire price range

22  going from $50 to $300.  That's what it says.

23             QUESTION:  Now, the next column says

24  MWTP.  What does that indicate?

25             ANSWER:  The MWTP stands for market's

willingness to pay, in this case, for the infringing

notification compared to non-infringing notification,

and it says the answer is $12.23.

QUESTION:  Now, can you explain the next

two columns which are -- which are labeled lower and

upper?

ANSWER:  So it's asking the following

question -- answering the following question:  There

were 409 respondents on the basis of whom I have come up

with this answer of 12 -- $12.23.  If I had taken a

different sample of 409 respondents, I would get a

slightly different answer.  If I took a third sample of

409 respondents, I would get yet another answer.  So the

question is what's the margin of error?  Because my

answer is based on this particular sample of 409

respondents.  What's the margin of error on my answer?

$12.23.  So it says my number can be as low as $8.33 on

the lower end, and on the upper end it can be as high as

$16.14.  And I'm 95 percent confident -- loosely

speaking, 95 percent confident that the number is

between this $8.33 and $16.14, but if you press me to

answer one -- one number only, then I will say it is

$12.23.

QUESTION:  Did Dr. Dhar in his report

criticize your calculation of this margin of error?

1               ANSWER:  He did not.

2               QUESTION:  Let's now talk about the other

3   rows that are in this table.  Can you explain what those

4   represent?

5               ANSWER:  So the final three rows in this

6   table -- you notice the first column says, yes, which

7   means that I used the exact formula 14.

8               Now, so all that complicated things.  And

9   not only that, I tested different price ranges, because

10  $50 to $300 is a big price gap.  So I tested between 50

11  and hundred in the second row there, hundred and $200,

12  and finally, between $200 and $300.  If I tested that

13  way using the exact formula 14, the numbers change a

14  little bit.  There's a $12.23, which I reported before.

15  It's either 12.86 or $13.32 or $12.77.  So the numbers

16  change a little bit, up -- up to, let's say, a dollar or

17  so.

18              QUESTION:  All right.  Now, as a result

19  of your work, what did you come up with as your final

20  opinion that you would recommend as the market

21  willingness to pay in this case?

22              ANSWER:  I would say that the smartphone

23  market is willing to pay $12.23 for receiving

24  notifications using the Google Android infringing

25  technology compared to the non-infringing technology.

1              QUESTION:   Now, Dr. Dhar, he criticized

2  your results by saying, well, if I take this -- this

3  market willingness to pay formula and if I try to apply

4  it to other features that you surveyed, we come up with

5  what he says are large amounts.  Like he points to at

6  the bottom of this Table 1 I've got on the screen that,

7  as he calculated it, the difference in price for an 8

8  megapixel versus a 2 megapixel camera would be $195.

9  And he says that number is so big so it doesn't make

10  sense.  Now, what is your response to Dr. Dhar's

11  criticism?

12             ANSWER:  Dr. Dhar is doing market's

13  willingness to pay calculations for some changes using

14  my formula 14 when, in fact, he should not be using

15  formula 14 in those cases.

16             QUESTION:  Why not?

17             ANSWER:  Because I mentioned before that

18  formula 14 applies only to very small -- small changes,

19  and he has applied to large changes.  As a matter of

20  fact, if I compare -- if I look at all of the numbers,

21  not just 8 megapixel versus 2 megapixel, but all of them

22  in this table, Table 1, the errors are about more than

23  65 times compared to what I had done.  So this is just

24  so much outside the range of calculations, that he

25  should not be using this formula.  If he really wanted

1  to answer these questions, he should really do the more

2  elaborate simulation I talked about before.

3                    QUESTION:  In your opinion, is it

4  appropriate to use formula 14 to measure market's

5  willingness to pay for the changes that he's trying to

6  do -- trying to do in this table?

7                    ANSWER:  No.  He should not have.

8                    QUESTION:  I'm going to ask you about the

9  -- the other part of your analysis, and can you explain

10 to the jury what's on this screen now?

11                   ANSWER:  So I also asked the following

12 question:  The market's willingness to pay was $12.23.

13 So suppose Google Android phones charge $12.23 as an

14 option.  You can have this better technology as an

15 option.  Are you willing to buy it?  I looked at only

16 the Android users in this case, and I found that 42

17 percent of them approximately would purchase that

18 option.

19                   QUESTION:  Would purchase the option at

20 what price?

21                   ANSWER:  At the $12.23 price.

22                   QUESTION:  $12.23?

23                   ANSWER:  Cents, correct.  And there is a

24 range.  Of course, again, confidence -- 93 percent, I am

25 confident, that the number is somewhere between 35 and

1  49 percent.

2              QUESTION:  Did you in your report reach a

3  conclusion as to the average number of applications with

4  automatic notifications that would be found on

5  smartphones?

6              ANSWER:  Yes, I did.

7              QUESTION:  What did you find for -- the

8  all smartphone users in -- in total?

9              ANSWER:  So I found that if I use all

10 smart -- all smartphone users, that on average, they

11 have like 4.9, approximately 5, number of applications

12 with automatic -- with notification applications.

13             QUESTION:  Now, the next column refers to

14 Android operating system.  What did you find for users

15 of the Android operating system?

16             ANSWER:  If I use only the Android --

17 only the respondents whose smartphones use the Android

18 operating system -- that is a Google Android operating

19 system -- then the average number of notification app --

20 apps is 4.3.

21             QUESTION:  What about for users of

22 Microsoft Windows operating system?  What did you

23 discover about their use of notification applications?

24             ANSWER:  In that case, the average number

25 of notifications was 2.1.

1          QUESTION:  Was that less or greater than

2    the number for Google Android users?

3          ANSWER:  Android users have almost double

4    the number of automatic notifications compared to

5    Microsoft Windows smartphone users.

6          QUESTION:  Let's go to the final slide,

7    which is a table that compares results for Google

8    Android and Microsoft Windows.  Can you describe that --

9    your results there to the jury?

10          ANSWER:  I calculated this market

11    willingness to pay, which I have talked about before,

12    for both those -- for people using the Android operating

13    system phones and separately for those -- excuse me, I

14    should back up.

15          So I calculated my market willingness to

16    pay.  Dr. Knox, the technical expert, had given me what

17    is the battery loss -- battery life loss if you used a

18    representative Android phone, and he had given me a

19    different table -- a different mathematical formula if

20    you use a representative Microsoft Windows operating

21    system phone.  If you use the battery loss for the

22    Android -- typical of the representative Android

23    smartphone, the answer is $12.23, which is the number

24    that I gave you before.  Had I done the same analysis

25    using Dr. Knox's information for the Microsoft Windows

1  representative phone, the number would have been only

2  $11.42, a little bit less, about 80 cents less.

3         And the second question, which is if this

4  infringing technology were offered at the market's

5  willingness to pay price, what percentage of those

6  respective users would purchase that option?  So 42

7  percent of Android smartphone users -- Google Android

8  smartphone users would purchase the option, whereas only

9  20 -- I'm rounding it a little bit here, about 29

10 percent of the Microsoft Windows smartphone users would

11 purchase the option.

12                (Videoclip ends.)

13                MR. DOVEL:   Your Honor, for the record,

14 the exhibit that Dr. Srinivasan was using was

15 Plaintiff's Exhibit 85.  And with that, we'll pass the

16 witness.

17                THE COURT:  All right.  Do we have

18 counter designation clip to play on behalf of the

19 Defendant?

20                MR. STOCKWELL:  That's right, Your Honor.

21                THE COURT:  Proceed with your portion of

22 the deposition.

23                (Videoclip played.)

24                QUESTION:  Dr. Srinivasan, we can agree

25 that market willingness to pay is not the same thing as

1 the optimal price that a company can charge for a

2 product feature; that's true?

3                    ANSWER:  That's correct.

4                    QUESTION:  Market willingness to pay is a

5 formula, your formula 14 that you talked about, which is

6 based on the theoretical assumption that competitors do

7 not react to the attribute and price changes made by the

8 firm offering the attribute; isn't that right?

9                    ANSWER:  One more time, your question.

10                    QUESTION:  Sure.  Market willingness to

11 pay, that formula 14 we talked about, is based on a

12 theoretical assumption that competitors do not react to

13 the attribute and price changes made by the firm

14 offering the attribute, right?

15                    ANSWER:  That's correct.

16                    QUESTION:  But in many cases, it's more

17 realistic to assume that competitors will, in fact,

18 react by adjusting their own prices, true?

19                    ANSWER:  In some cases, they may.  In

20 some cases, may not.

21                    QUESTION:  Well, in fact, you said in

22 your paper it's more realistic to assume the customers

23 will react by adjusting their prices.  Isn't that what

24 you wrote in your paper?

25                    ANSWER:  That paper in general -- in a

1    general case, that's what it says, yes.

2                QUESTION:  Let me show you what's been

3    marked as DX 367, 001.  Do you recognize a copy of that?

4                ANSWER:  Indeed.

5                QUESTION:  If you'll turn to Page 407, I

6    think it is.

7                ANSWER: Yes.

8                QUESTION:  And it says in the first full

9    sentence in the second column, in many cases, it is more

10   realistic to assume that competitors will, in fact,

11   react by adjusting their own prices.  Did I read that

12   correctly?

13               ANSWER:  You're on -- you're on the

14   second column?

15               QUESTION:  Yes.

16               ANSWER:  In many cases.  I see it now.

17   One second.

18               QUESTION:  So did I read that correctly?

19               ANSWER:  Yes.  In many cases, yes.

20               QUESTION:  And, in fact, you've modelled

21   the price reaction of competitors in your paper, didn't

22   you?

23               ANSWER:  I did.

24               QUESTION:  And you see -- see those

25   results in Table 3 on the first column of Page 407,

```
 1  correct?

 2              ANSWER:  That's correct.

 3              QUESTION:  In your study, you did not

 4  consider the reactions of competitors to Google if

 5  Google were to attempt to impose a fee that would result

 6  in consumers paying an additional $12.23 per smartphone,

 7  did you?

 8              ANSWER:  I did not for a reason.

 9              QUESTION:  In considering a proper

10  conjoint study, can we agree that one of the primary

11  considerations is to include those features that

12  customers consider important in choosing alternative

13  smartphones?

14              ANSWER:  I used the word relevant, but

15  important, similar, yeah, uh-huh.

16              QUESTION:  Because you want to determine

17  the important drivers of customer choice in the product

18  category, right?

19              ANSWER:  Not in this case.  In general,

20  in conjoint analysis, yes.  Not in this particular case.

21              QUESTION:  And we can agree that if you

22  leave out important features, that makes your study less

23  reliable; isn't that true?

24              ANSWER:  I don't -- I don't agree with

25  that.
```

1                    QUESTION:  So, Dr. Srinivasan, if you'll

2     take a look at Page 131 of your deposition.  I asked you

3     at that time, if you leave out features --

4                    MR. DOVEL:   Your Honor, objection.

5                    QUESTION:  -- to 124, that consumers --

6                    (Videoclip stopped.)

7                    MR. DOVEL:  Can we stop the video?

8                    THE COURT:  Let's stop the video.

9                    MR. DOVEL:  May we approach?

10                   THE COURT:   Counsel, approach the bench.

11                   (Bench conference.)

12                   MR. DOVEL:  I thought the Court granted

13    our objection to this one.

14                   MR. STOCKWELL:  You did.  And we took

15    that out.  What counsel failed to recognize right

16    underneath that we'd actually read the whole question

17    and response and I believe that's what this is.

18                   MR. DOVEL:  No, no.  It's just the two --

19    the two sentences are the same thing.

20                   MR. STOCKWELL:  Can I -- can I go grab my

21    paper?

22                   THE COURT:  Let me get mine.  Go get

23    yours.

24                   Let's -- let's speak to the microphone,

25    and tell me what the problem is.

1          MR. STOCKWELL:  So I had you as having

2   stricken, Your Honor, were Clips 6 which was page 77, 7

3   which was page 78, 8 which was page 78, and then there

4   was a -- we also struck this little part right here just

5   because that was leading in with a deposition question.

6                    Those were -- those were your rulings.

7                    THE COURT:  What's your objection, Mr.

8   Dovel?

9                    MR. STOCKWELL:  This is a different clip.

10                   MR. DOVEL:  We can take a look at this

11  clip.

12                   MR. STOCKWELL:  Make sure.

13                   THE COURT:  Well, I asked everybody at

14  the bench if they understood it just so we wouldn't be

15  in this situation.

16                   MR. DOVEL:  Okay.  This is playing Clip 9

17  now?

18                   MR. STOCKWELL:  Yeah, this should be on

19  Clip 9.  That's what Jason said.

20                   MR. DOVEL:  I don't think it is.  Let's

21  go double-check.  I think that might be a mistake.  If

22  it's Clip 9, he's right.

23                   THE COURT:  All right.  Why don't you

24  check with your technical person and come back up here

25  and tell me.

```
 1                  MR. DOVEL:  Yeah.

 2                  (Bench conference concluded.)

 3                  THE COURT:  I apologize for the

 4  interruption, ladies and gentlemen, just bear with us.

 5                  (Bench conference.)

 6                  MR. DOVEL:  My apologies, he's right.

 7                  THE COURT:  Well, apology is accepted,

 8  but I specifically asked both sides to make sure -- I

 9  think it's detrimental to the Defendant to have this

10  interruption, and I'm going to detract 15 minutes from

11  the Plaintiff's trial time.

12                  MR. DOVEL:  I understand, Your Honor.

13                  THE COURT:  All right.  Let's proceed.

14                  (Bench conference concluded.)

15                  THE COURT:  All right.  Let's proceed

16  with the deposition clip.

17                  (Videoclip played.)

18                  QUESTION:  Does that make the survey

19  unreliable?

20                  You answered:  It may not if the

21  attributes that are important, which you have left out,

22  are picked up in some other way by the attributes you've

23  imported.

24                  And then I asked:  And if they are not

25  picked up, then it would be unreliable?
```

1    And you answered:  Yes.  If you left out

2 important attributes which are somehow not picked up by

3 the attributes that you've included in the study, then

4 it is increasingly unreliable.  Wasn't that your

5 testimony at the time?

6    ANSWER:  Just the next line I say

7 something more.  You are reading it out of context.

8    QUESTION:  Sir, you can -- your counsel

9 can ask questions later.

10    ANSWER:  Okay.  Sorry.

11    QUESTION:  But isn't that what you

12 testified?

13    ANSWER:  Yes, up to that point.  If you

14 just stop at that line, what you said is right, but just

15 in the next answer, I say something more.

16    QUESTION:  I'm going to read the rest of

17 this section.

18    ANSWER:  Okay.  Please.

19    QUESTION:  And what happens if you leave

20 out features that are important that are not picked up

21 by other features?  Will that inflate the value of the

22 feature of interest?

23    You answered:  Not with respect to the

24 market's willingness to pay because it's a ratio of two

25 things.  So if they're both inflated, it will not affect

1   the results.

2                   QUESTION:  So it just makes the outcome

3   unreliable, but it doesn't inflate the feature and

4   interest relative to the other features?

5                   And I asked you again:  So it does not

6   inflate the feature of interest you are saying relative

7   to the features that are in the study?  It just makes

8   the study increasingly more unreliable than if you would

9   have included the important features.  Is that a fair

10  statement?

11                  And you answered:  It makes it less

12  reliable if you left out important attributes.

13                  ANSWER:  Sir, you left out one sentence

14  in between when you were reading.  The witness, it says

15  it doesn't one more time, last part of what you said.

16  That is -- you know, I'm just repeating.  It does not

17  affect with respect to the rate with respect to market

18  and willingness to pay.  You just left out that one

19  sentence.

20                  QUESTION:  But you concluded with when

21  you include that sentence, the last thing you said is it

22  makes it less reliable if you left out important

23  attributes.

24                  ANSWER:  I said that, but you have to

25  read the whole paragraph.

1                    QUESTION:  It's -- are you familiar -- I

2       think we were talking about the term aesthetics; is that

3       right?

4                    ANSWER:  Yes.

5                    QUESTION:  How would you define that

6       term?

7                    ANSWER:  Actually, a professor at my

8       school told me a good way of thinking about aesthetics

9       is to think of the opposite, which is anesthetic.

10      Anesthetic means you don't feel anything.  So aesthetics

11      is a matter of feeling about something.  So it has to do

12      with visual appeal.  It has to do with touch and feel.

13      All of those things are aesthetic, particularly the user

14      usability of something, appearance of something.  All of

15      those are considered aesthetics.

16                   QUESTION:  And it's true, isn't it, that

17      aesthetics is an important consideration when consumers

18      purchase a smartphone?

19                   ANSWER:  It -- it could certainly be for

20      some people, yes.

21                   QUESTION:  And most experts would agree

22      that conjoint studies do not do well at measuring

23      aesthetics; isn't that true?

24                   ANSWER:  It does not if it -- if it

25      includes a brand, for example, as an attribute, then

this is not a problem.  If -- if it just -- if there's

no brand and you leave out aesthetic, then it is a

problem.

QUESTION:  So you in your study did not

attempt to define the term aesthetics in terms of visual

appeal, touch or feel, and measure that value in your

study, did you?

ANSWER:  I did not.

QUESTION:  And you say that you can in --

that you can -- you said that you are able to measure

that through the concept of brand; is that your

testimony?

ANSWER:  Not through the concept of

brand, but because I have included brand as one of my

features -- people, for instance, know that Apple is --

many people think that Apple's products are

aesthetically more appealing compared to some other

products.  Other people may feel differently.  So brand

was included as a feature in my study.

QUESTION:  But you linked the definition

of brand with operating system, didn't you?

ANSWER:  I do.

QUESTION:  And operating system has

nothing to do with aesthetics, does it?

ANSWER:  It does not.

 1                    QUESTION:  So the very best you were able

 2  to do was only indirectly capture aesthetics through

 3  your term operating system brand; is that right?

 4                    ANSWER:  I was able to capture it only

 5  indirectly, yes.

 6                    QUESTION:  And in deciding what features

 7  were important to consumers, you based that on the -- I

 8  think you said this morning the 2011 Consumer Report

 9  Guide.

10                    ANSWER:  2011 Annual Buying Guide, I

11  think it was called.  Consumer Reports Annual Buying

12  Guide 2011, yes.

13                    QUESTION:  Okay.  Thank you.  Annual

14  Buying Guide.

15                    ANSWER:  Yeah.

16                    QUESTION:  And that Annual Buying Guide

17  mentions a number of usability features that you did not

18  directly measure; isn't that true?

19                    ANSWER:  There are some features they

20  mention -- usability features, as you call, which I did

21  not include, yes.

22                    QUESTION:  And that would include

23  navigation?

24                    ANSWER:  That's a usability feature, yes.

25                    QUESTION:  Voice quality?

1              ANSWER:  Yes.

2              QUESTION:  Phoning?  Phoning?

3              ANSWER:  Phoning?

4              QUESTION:  Phoning.

5              ANSWER:  What does that mean?

6              QUESTION:  Let me show you an exhibit.

7              ANSWER:  So they are saying how good is

8    it as a phone?  Is that what you mean?  Or in the test

9    results?  Is that what you mean?

10             QUESTION:  This would be -- by the way,

11   for the record, DX 362 is our exhibit number.  And we're

12   looking at --

13             ANSWER:  Yes, I see the column called

14   phoning.  So they are looking at how this works as a

15   telephone, yes, uh-huh.

16             QUESTION:  You didn't cover that one

17   either, did you?

18             ANSWER:  Because all these smartphones

19   include -- telephone is a central part of all

20   smartphones, so it is included in that sense.

21             QUESTION:  But not all have the same

22   phoning quality, do they?

23             ANSWER:  They do not.  And so brand,

24   again, captures it indirectly.

25             QUESTION:  So messaging is another

1  usability feature you did not directly measure; isn't

2  that right?

3            ANSWER:  Yes, again, indirectly captured

4  by brand, but not directly.

5            QUESTION:  And you didn't directly

6  capture web browsing either, did you?

7            ANSWER:  I did not directly capture it,

8  yes, correct.

9            QUESTION:  And you did not directly

10  capture multimedia?

11            ANSWER:  These are all indirectly only

12  captured, yes.

13            QUESTION:  So just -- I need you to

14  answer the question, yes or no.

15            ANSWER:  Okay.  Okay.

16            QUESTION:  Okay.  So the answer is no,

17  you didn't directly capture it?

18            ANSWER:  That's correct.

19            QUESTION:  If you would have directly

20  included them in the study, then we can agree your

21  conjoint survey method would not have worked to

22  determine the willingness of the consumer to pay; isn't

23  that true?

24            ANSWER:  I don't agree with that at all.

25            QUESTION:  Okay.  Can you look at Page

1  174 of your deposition?

2                  ANSWER:  174?

3                  QUESTION:  Yes, sir.  And it would be --

4                  ANSWER:  Yes, I see it.  What line?

5                  QUESTION:  I'm looking here, sir.  Lines

6  18 through 24, sir.

7                  ANSWER:  Can I read this page?

8                  QUESTION:  Yeah, I'll read it to you,

9  sir.

10                  ANSWER:  Please.

11                  QUESTION:  On Line 18, question:  Would

12  it be fair to say that if you tried to include these

13  subattributes that a conjoint method would not work to

14  determine the willingness of the consumer to pay?

15                  Answer:  It would make it more errorful.

16  That's what you answered at the time, correct?

17                  ANSWER:  Could I read this page, if you

18  don't mind?  I have to just listen only to that

19  question?

20                  QUESTION:  I just need you to answer yes

21  or no.  You testified --

22                  ANSWER:  Yes --

23                  QUESTION:  -- it would make your survey

24  more errorful.  That was your testimony?

25                  ANSWER:  That's correct.  That's what I

1  said there.

2              QUESTION:  Okay.  So we can certainly

3  agree that these features in the consumer's buyer's

4  guide -- the Annual Buying Guide are important to

5  consumers, right?

6              ANSWER:  They are -- they are

7  considerations of some degree of importance, yes.

8              QUESTION:  In your conjoint study, Dr.

9  Srinivasan, it was your objective to determine the value

10 a prospective smartphone buyer would attach to certain

11 features of the smartphone; isn't that right?

12             ANSWER:  No.

13             QUESTION:  Your objective in doing

14 this -- the -- the survey part of the study was to

15 determine the value --

16             ANSWER:  Of only one thing.  Not

17 feature -- you said feature in general.  No, it was not.

18             QUESTION:  But of the features you've

19 looked at?

20             ANSWER:  I looked at only one thing.  If

21 you -- not all features, no, definitely not.

22             QUESTION:  So did you try to determine

23 the importance and desirability of different levels of

24 the 16 features?

25             ANSWER:  I measured them, yes.

1          QUESTION:  Okay.  And you didn't survey

2   how many of the people actually were aware of the

3   notification feature before they purchased their phone,

4   did you?

5          ANSWER:  I did not ask that.

6          QUESTION:  And you did not calculate or

7   report the total number of Android users that actually

8   use Google messaging service, did you?

9          ANSWER:  I did not ask the question with

10  respect to Google messaging.  What I did ask --

11         QUESTION:  Okay.  I need you --

12         ANSWER:  Sorry, sorry, sorry.

13         QUESTION:  -- to just answer yes or no.

14         ANSWER:  Sorry.  I did not -- as you put

15  it.

16         QUESTION:  Okay.

17         ANSWER:  Google -- I did not include

18  Google messaging service as a question in my survey,

19  yes.

20         QUESTION:  Your conjoint survey method

21  assumes it's okay to ask consumers to rate the

22  desirability and importance of different levels of

23  features even if they have no prior awareness of it;

24  isn't that true?

25         ANSWER:  Yes.

1          QUESTION:  But in the real world, if a

2   smartphone buyer is unaware of a feature when he or she

3   decides to purchase a phone, then necessarily the

4   feature would have no value to that buyer in their

5   decision to buy; isn't that true?

6          ANSWER:  No.

7          QUESTION:  Sir, there's no way to

8   consider a feature in purchasing a phone if you have no

9   knowledge of that feature, is it?

10          ANSWER:  No, there is a way.

11          QUESTION:  There is no -- so you're

12   saying if you're unaware -- if a buyer is unaware of a

13   feature on a phone, that that buyer is considering that

14   feature when they're getting ready to purchase it; is

15   that your testimony?

16          ANSWER:  It comes through other people

17   from whom they hear about the phones.  It doesn't come

18   directly from them, but they hear other people telling

19   that, look, when you use this phone, you will need to

20   get notifications.  And so it comes in an indirect way,

21   not direct way, yes.

22          QUESTION:  You have no evidence that

23   anybody in your survey had heard of a recommendation

24   from another person about the notification feature, do

25   you?

 1               ANSWER:  In the survey itself, I did not

 2  ask that question.

 3               QUESTION:  And you have no evidence that

 4  anybody actually heard about someone else's

 5  recommendation?

 6               ANSWER:  In the survey, I did not.

 7               QUESTION:  It's well known in the survey

 8  literature that if you tell someone a feature is

 9  important, that the respondents may inflate the value

10  they ascribe to the feature; isn't that true?

11               ANSWER:  In a -- in a general survey,

12  yes.

13               QUESTION:  And in your general

14  instructions, you told respondents that all the features

15  in the study are important features, didn't you?

16               ANSWER:  I can read the exact sentence,

17  but something to that effect.

18               QUESTION:  And you told them that

19  research has shown that it's important?

20               ANSWER:  Yes.

21               QUESTION:  And you have no -- you

22  actually have no research that showed the features are

23  important, did you?

24               ANSWER:  For many of them, I did.

25               QUESTION:  But not for the notification

1  feature, did you?

2             ANSWER:  Except in an indirect way.

3             QUESTION:  You had no direct research

4  that these -- this was an important feature, did you?

5             ANSWER:  I did not have any direct

6  information, yes.

7             QUESTION:  In your survey, you provided

8  respondents -- let me just go ahead and hand you -- this

9  is DX 459.  DX 459.

10            In your survey, you provided the

11  respondents with a more detailed explanation about the

12  notification feature than any other feature in your

13  instructions, didn't you?

14            ANSWER:  That's correct.

15            QUESTION:  And you also italicized

16  certain words, did you not, in your definition?

17            ANSWER:  Yes.

18            QUESTION:  And you didn't use italics on

19  any other instructions, did you?

20            ANSWER:  I have to look at the rest of

21  them, but I can, if you wish.

22            QUESTION:  You may.  Take a look at

23  exhibit -- at your report if you'd like, Exhibit 6A to

24  your report, which was one of the exhibits to your

25  deposition.  I believe it was Exhibit 6A.

1              ANSWER:  Yeah, that's the only at

2  attribute in which there is an italics.

3              QUESTION:  In your study you claim -- I

4  think you said earlier this morning that you did a step

5  to validate the quality of the respondents' answers; is

6  that right?

7              ANSWER:  That's right.

8              QUESTION:  And you took a survey of I

9  think you said 623 people that -- an -- with Android

10 phones?

11             ANSWER:  No, no, I didn't say that.

12             QUESTION:  I'm sorry.  623 total

13 respondents.

14             ANSWER:  That's correct, yeah.

15             QUESTION:  And of those, you considered

16 409 to have provided what you called higher quality

17 data?

18             ANSWER:  That is correct.

19             QUESTION:  That's about 66 percent?

20             ANSWER:  It sounds approximately right.

21             QUESTION:  So I think you said you are a

22 professor, correct?

23             ANSWER:  Yes.

24             QUESTION:  And in your class, if you

25 graded your class on a 10-point scale, what letter grade

1 would 66 percent correspond to?

2                    ANSWER:  This is higher -- this --

3                    QUESTION:  I just need an answer.  66

4 percent is what in your class if you gave them a letter

5 grade.

6                    ANSWER:  You are com -- comparing apples

7 and oranges, so I wouldn't give a grade on that basis is

8 the answer to your question.

9                    QUESTION:  Okay.  So in most 10-point

10 scales, isn't it true that 66 percent -- if I scored 66

11 percent in your statistics class, that's a D plus?

12                    ANSWER:  D plus?

13                    QUESTION:  D plus.

14                    ANSWER:  No, I don't think so.  Maybe in

15 graduate programs we give better grades.

16                    QUESTION:  I think you testified earlier

17 that -- that your formula 14 will yield unreliable

18 results if you try to measure the market's willingness

19 to pay for large improvement level changes in a feature;

20 is that right?

21                    ANSWER:  That is correct.

22                    QUESTION:  So do you say it only works to

23 measure small improvements and features?

24                    ANSWER:  So I have to be careful in the

25 wording when you say small.  It is the effect of that

change on overall value.  So it is not the change

itself.  It is the effect of that change in feature on

the overall value of the product.  If that change is

small, then the formula can be used, whereas if that

change is large, then this formula should not be used.

QUESTION:  And I believe you said you

would be comfortable that your formula works well when

the impact of the improvement in comparison to the

overall change is on the order of 2 to 3 percent; is

that right?

ANSWER:  No, I did not say that.

QUESTION:  Let's go to 237, and we'll get

the whole thing.  Line 17 to --

ANSWER:  Okay.

QUESTION:  -- to 238, Line 16.  If you

were to do it, would you use the same denominator that

you used to calculate the market's willingness to pay

for the notification feature?  And then going on -- the

-- the aggregate value of the dollar.

We had an objection in the middle.  If

you were to do it, would you use the same denominator

that you used to calculate the market's willingness to

pay for a notification feature the aggregate value of

the dollar?  Do you see that question?

ANSWER:  Yes, I do.

```
 1              QUESTION:  And you answered:  So this is
 2  the market's willingness to pay my calculation.  There
 3  are multiple calculations.  And you continue:  And, yes,
 4  that's what I would use, but I'm trying to be -- trying
 5  to say earlier that the Ofek/Srinivasan formula may not
 6  be quite applicable in this case because the change is
 7  pretty substantial, now 10 percent.  So you have to keep
 8  that in mind.  It's a theoretical result.  And the
 9  theoretical result is applicable for small changes.  So,
10  for example, a feature that has like a 2 to 3 percent
11  importance, I would be comfortable -- I would be more
12  comfortable than using attribute which is like a
13  10 percent importance.  Did I read that correctly?
14              ANSWER:  Yeah, the word more comfortable
15  is important.
16              QUESTION:  Right.
17              ANSWER:  Yeah.
18              QUESTION:  But you did say you would be
19  more comfortable with --
20              ANSWER:  Compared to the -- the
21  10 percent, yes, uh-huh.
22              QUESTION:  You have a slide that talked
23  about market willingness to pay for a phone with a
24  feature and a phone without a feature, right?
25              ANSWER:  Yes.
```

```
 1                    QUESTION:  And that was -- the feature in
 2  question was one with -- one that has a camera and one
 3  that does not have a camera; is that correct?
 4                    ANSWER:  That's right, yeah.
 5                    QUESTION:  Now, in your study, you looked
 6  at the market willingness to pay for a phone that had
 7  a -- that had a camera and that did not have a camera;
 8  isn't that correct?
 9                    ANSWER:  In my -- you mean in my study?
10                    QUESTION:  Yes.
11                    ANSWER:  Camera was one of the
12  attributes, I believe, yes.
13                    QUESTION:  And the value that you
14  attached to that was 4.8 percent?
15                    ANSWER:  I have to look it up.
16                    QUESTION:  Sure.
17                    ANSWER:  May I just go back to my report
18  or --
19                    QUESTION:  Yeah, absolutely.
20                    ANSWER:  Okay.
21                    QUESTION:  I think it was exhibit --
22                    ANSWER:  A-8 maybe.  You are talking
23  about a video camera?
24                    QUESTION:  Yes.
25                    ANSWER:  Yes.
```

1        QUESTION:  And what was the value you

2  assigned to that?  Well, actually, it didn't -- it was a

3  -- which camera is it you're using in your illustration

4  here?

5        ANSWER:  That was just a general example.

6  It was not particularly relating to the numbers in my

7  study.

8        QUESTION:  So this is -- this doesn't --

9  this demonstration you did for the jury does not relate

10  to your study?

11        ANSWER:  I think we are mixing up two

12  things, and it is very important I separate these out.

13  One, the market willingness to pay is a general concept.

14        QUESTION:  But I'd like you to look in

15  Table A-1 of your report, and you mentioned that you did

16  study a built-in video camera?

17        ANSWER:  What table are you looking at?

18        QUESTION:  A-1.

19        ANSWER:  Yes, and what -- built-in video

20  camera, I see it, yeah.

21        QUESTION:  And so you're saying that

22  that -- that that received an attribute importance score

23  of 4.8 percent, right?

24        ANSWER:  That's correct.

25        QUESTION:  Which is something -- so the

slide that you've shown here to the jury is not

something you'd be comfortable using to measure the

value of the built-in video camera, is it?

ANSWER:  I didn't say that.

QUESTION:  Yeah, but you're not -- you

used this slide as an illustration, but it doesn't

relate to your study, does it?

ANSWER:  Sir, I need to separate out the

idea of market willingness to pay, for which this

illustration is perfectly fine.  But this illustration

is not perfectly fine with respect to formula 14.  Do I

say -- I don't say formula 14 here anywhere.

QUESTION:  Okay.  So we're in agreement

that this slide is not perfectly fine for formula 14?

ANSWER:  That's correct.

QUESTION:  In your survey in February

2011 -- sorry -- in February 2012, you -- you conducted

your survey in this case in February 2012, I believe you

said; is that right?

ANSWER:  That is correct.

QUESTION:  And that survey was before

SimpleAir brought this lawsuit against Google; isn't

that right?

ANSWER:  I don't know the exact date when

the case was brought, but that -- you -- you -- you know

1  the answer.  I don't know the answer.

2                QUESTION:  Your survey was conducted for

3  the purpose of being used against Apple and RIM in a

4  separate lawsuit; isn't that right?

5                ANSWER:  That is correct.

6                QUESTION:  And Apple and RIM make and

7  sell smartphones, true?

8                ANSWER:  They do.

9                QUESTION:  And they can increase or

10  decrease the prices they charge for those smartphones,

11  right?

12                ANSWER:  Yes.

13                QUESTION:  The price range for the

14  smartphones you studied ranged from like $50 up to $300,

15  right?

16                ANSWER:  That's correct.

17                QUESTION:  Now, you understand in this

18  case that Google does not sell smartphones that you

19  surveyed?

20                ANSWER:  I want to be clear in your

21  question.  Can you please restate it?

22                QUESTION:  You understand that Google

23  does not sell the smartphones that you surveyed in this

24  case?

25                ANSWER:  Yeah, Google itself does not

1  sell.  It is -- its operating system is in -- is in

2  companies like Samsung telephones where it is sold, not

3  Google itself.

4             QUESTION:  So the smartphones are sold by

5  third parties such as HTC, Samsung, and LG.  We're in

6  agreement.

7             ANSWER:  That's right.

8             QUESTION:  And Google offers only the

9  operating system that those third parties install in

10  their devices, right?

11             ANSWER:  I assume so.

12             QUESTION:  You're aware that Google does

13  not charge for Android software?

14             ANSWER:  That's my understanding.

15             QUESTION:  And you don't know in this

16  case whether the patent at issue discusses battery life

17  as a benefit of the alleged invention, do you?

18             ANSWER:  I did not study the patent

19  itself, so I cannot answer your question.

20             QUESTION:  With regard to the survey that

21  you conducted, you don't know how Mr. Mills is using

22  your survey, do you?

23             ANSWER:  Can you please restate the last

24  part of what you said?

25             QUESTION:  Yeah.  You do not know how Mr.

1 Mills, the Plaintiff's damages expert, is using your

2 survey in this case, do you?

3                    ANSWER:  I don't know.

4                    (Videoclip ends.)

5                    MR. DOVEL:   Your Honor, we now have some

6 redirect.

7                    THE COURT:  All right.  Proceed.

8                    (Videoclip played.)

9                    QUESTION:  Dr. Srinivasan, you were asked

10 about the slide that explains market willingness to pay,

11 and you said that your formula 14 that -- said something

12 about how it applies to formula 14.  Does your formula

13 14 -- is it used to calculate a market's willingness to

14 pay that is consistent with what is in those slides that

15 describe market willingness to pay?

16                    ANSWER:  So may I answer the question

17 with a little elaboration?

18                    QUESTION:  Sure.

19                    ANSWER:  There is the general concept of

20 market willingness to pay, and I defined it in my answer

21 to your question earlier this morning.  And that

22 illustration is perfectly consistent with that.  But how

23 you actually do the calculation matters.  If it is a

24 large change, then you have to do it in a different way

25 as I explained to you this morning, such as the

1   so-called simulation and all that I talked about.  Where

2   the change is small, then you can use formula 14.  But

3   that slide is perfectly okay because it is perfectly

4   describing what is market willingness to pay.

5                    QUESTION:  My question, sir, is, is

6   formula 14, when it's used appropriately, will it give

7   you an answer that is the market's willingness to pay

8   that's described in those slides?

9                    ANSWER:  It would if the feature of

10  interest has a small effect on overall preference.

11                   QUESTION:  Did you -- do you have a --

12  what percentage effect does the feature that you

13  measured have on overall preference?

14                   ANSWER:  It is 0.3 percent, I think,

15  approximately.

16                   QUESTION:  Is that small enough that you

17  can use formula 14 to get a reliable answer?

18                   ANSWER:  I believe so.

19                   QUESTION:  When you say 0.3 percent, so

20  that's less than 1 percent?

21                   ANSWER:  Yes, it is three-tenths of 1

22  percent, much less than 1 percent.

23                   QUESTION:  In doing -- in applying

24  market's willingness to pay, does the market willingness

25  to pay -- is it assuming that the prices and the

1 features of all the other products in the market are --

2 are not changing?

3         ANSWER:  So there are -- I have to

4 elaborate in answering your question.  Of course, prices

5 and features of products change over time.  That is

6 nothing that's contradicted by this formula.  But the

7 formula is saying at any particular point in time, if

8 you change only one feature of one product, what will it

9 do to the unit sales and what is the compensating price

10 increase which will leave the unit sales being the same?

11         So it does not assume that somehow prices

12 and features don't change over time.  They can change

13 over time for what -- whatever reason.

14         (Videoclip ends.)

15         MR. DOVEL:  That concludes that witness,

16 Your Honor.

17         THE COURT:  All right.  Are there further

18 deposition clips to play at this time?

19         MR. DOVEL:  Not at this time, Your Honor.

20         THE COURT:  All right.  Then Plaintiff

21 may call their next witness.

22         MR. DOVEL:  Your Honor, the Plaintiff

23 calls Mr. Robert Mills.

24         THE COURT:  All right.

25         MS. WILLIAMS:  Your Honor, may we

1  approach?

2              THE COURT:  You may.

3              Mr. Mills, if you'll come forward.

4  You've been sworn, correct?

5              THE WITNESS:  I have, Your Honor.

6              THE COURT:  Please come have a seat in

7  the witness stand.

8              (Bench conference.)

9              MS. WILLIAMS:  Your Honor, I understand

10 that we -- that in advance of Mr. Mills being called to

11 --

12             THE COURT:  Just a moment.  You're going

13 to have to get closer to this.

14             MS. WILLIAMS:  I understand that we are

15 supposed to approach and lodge our objection on behalf

16 of Microsoft to sealing the courtroom and -- and --

17             THE COURT:  All right.  This is where the

18 that confidential information is going to come in?

19             MS. WILLIAMS:  Yes, Your Honor.

20             THE COURT:  All right.  Do you have any

21 idea how long the period of time we need to have the

22 courtroom sealed for?  I assume not for his entire

23 testimony.

24             MR. DOVEL:  That is correct.  The issue

25 is they -- there's two things.  One is the -- the -- the

```
 1  amount that Microsoft paid.  That's one item of

 2  information.  The other information is all on one slide.

 3  It's some data about Microsoft usage.  So that will be

 4  -- the data about -- that -- the second part --

 5              THE COURT:  Is this -- is this coming in

 6  together, or is this coming in two different times?

 7              MR. DOVEL:  No, that's what I'm going to

 8  say.  It's going to come actually at three different

 9  times, the very beginning and that stuff is in the

10  middle, and then we circle back to the -- the amount

11  again.

12              THE COURT:  How long is his direct going

13  to be in total?

14              MR. DOVEL:  I'm going -- I'm going to

15  estimate an hour.

16              THE COURT:  You know, I don't really see

17  anybody in the courtroom that's not part of one side or

18  the other.  My inclination, just so we don't have any

19  more disruptions than are absolutely necessary, is to

20  seal the courtroom throughout his testimony.  Does

21  anybody have a problem with that?

22              MS. WILLIAMS:  No, Your Honor.  The one

23  other -- the one other piece of -- concerning piece of

24  information is that Microsoft has asked that our

25  corporate rep, Ms. Ghosh, excuse herself if there's any
```

1 testimony regarding the licensing fees that Microsoft

2 pays.  I believe that they are okay with the discussion

3 of -- of the -- of the amount of the settlement and

4 license agreement, but to the extent that we're going to

5 be talking -- that Mr. Dovel is going to be asking

6 questions that are going to elicit testimony about

7 the -- the per phone licensing fees and the sales of

8 that information, then Ms. Ghosh would have to be

9 excused.

10          MR. DOVEL:  That will not be elicited,

11 Your Honor.

12          THE COURT:  Okay.  Then that's not a

13 problem.  I'm just concerned about the disruptions in

14 the courtroom from sealing and unsealing and sealing and

15 unsealing, sealing and unsealing.  Okay.  That -- that

16 said, we'll probably take a recess before this direct is

17 finished.  But I'll seal the courtroom at this time, and

18 we'll go forward unless there's something else we

19 haven't touched on.  Okay.

20          MS. WILLIAMS:  No, Your Honor.

21          (Bench conference concluded.)

22          THE COURT:  All right.  Based on the

23 agreement of the parties, the Court is going to seal the

24 courtroom given that there are some highly confidential

25 information that may be elicited at this time.

1          Mr. Floyd, I'm going to ask you as the

2   Court Security Officer to position yourself at the back

3   doors of the courtroom, and until I indicate otherwise,

4   people inside have to stay and the people outside don't

5   come in.

6          Also, I need to verify for the record

7   that there's no one present in the courtroom not subject

8   to the existing protective order entered in this case,

9   outside of the jury and the court staff.

10          Counsel for either side aware of anybody

11   present in the courtroom who would be problematic given

12   this request to seal?

13          MR. DOVEL:  Plaintiff is not aware of

14   anyone.

15          MS. WILLIAMS:  No, Your Honor.  I do have

16   one -- one additional matter.

17          We renew our pretrial motions related to

18   Mr. Mills, Your Honor.

19          THE COURT:  All right.  Then with that

20   clarified, we'll consider the courtroom sealed.

21          (Courtroom sealed.)

22          * * * * * * * * * * * * * * * * * * * * * * * *

23

24

25

<u>CERTIFICATION</u>

        I HEREBY CERTIFY that the foregoing is a
true and correct transcript from the stenographic notes
of the proceedings in the above-entitled matter to the
best of my ability.

/s/_____                __1-14-14_____
SHELLY HOLMES, CSR                     Date
Official Court Reporter
State of Texas No.:  7804
Expiration Date  12/31/14

/s/_____              ___1-14-14_____
SUSAN SIMMONS, CSR                     Date
Official Court Reporter
State of Texas No.:  267
Expiration Date  12/31/14