**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SIMPLEAIR, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:11-CV-416-JRG |
| MICROSOFT CORPORATION, et al., | § § | **LEAD CASE** |
| *Defendants.* | § § § | |
| | | |
| SIMPLEAIR, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:13-CV-587-JRG |
| GOOGLE INC., et al., | § § § | |
| *Defendants.* | § § | |

**JUDGMENT AS TO INFRINGEMENT AND VALIDITY**

A jury trial commenced in this case on January 13, 2014, and the jury reached and returned its verdict on January 18, 2014 (Dkt. No. 601). The jury reached a verdict unanimously finding infringement and no invalidity, but the jury deadlocked on the amount of damages. Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court hereby **ORDERS AND ENTERS JUDGMENT AS TO INFRINGEMENT AND VALIDITY** as follows:

1. Defendant Google Inc. infringes claims 1, 2, 3, 7, and 22 of U.S. Patent No.

7,035,914 ("the '914 patent").

    2.    Claims 1, 2, 3, 7, and 22 of the '914 patent are not invalid.

**So ORDERED and SIGNED this 10th day of February, 2014.**

                                      _____
                                      RODNEY GILSTRAP
                                      UNITED STATES DISTRICT JUDGE