**FORM 22. Transcript Purchase Order**

# United States Court of Appeals for the Federal Circuit

SimpleAir, Inc.

) Appeal from ☑ U.S. District Court for E.D. Tex.
❑ Court of International Trade
❑ Court of Federal Claims

—VERSUS—

Microsoft Corporation

) TRIAL COURT NO. 2:11-cv-00416-JRG
) CIRCUIT COURT NO. 15-1251

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL. When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:

( ) A transcript is not needed for the appeal
( ✓) A transcript is already on file
( ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:

( ) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED /s/ Russell Korn DATE 1/20/15 COUNSEL FOR Google Inc.
ADDRESS Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, Ste. 2800, Atlanta, GA 30309
TELEPHONE (404) 815-6500

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: ______
Estimated completion date: ______
Estimated number of pages: ______

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

______
Signature and Date

Telephone ______

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed. ______ volumes of transcript have been filed with the Trial Court today.

______ Date ______ Signature



Reset Fields